# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE | ) | Case No. 19-10065 |
| KATHERINE CHRISTINE LOYLE, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE AND | ) | |
| KATHERINE CHRISTINE LOYLE, | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, NAVIENT SOLUTIONS LLC, EDUCATIONAL CREDIT MANAGEMENT CORPORATION, FEDLOAN SERVICING, EDUCATIONAL COMPUTER SYSTEMS, INC, R3 EDUCATION INC, FIRSTMARK SERVICES, CITIZENS ONE, TAB BANK, and AMERICAN EDUCATION SERVICES | ) | Adv. Proc. No. |
| Defendants. | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:  Bankruptcy Clerk
401 N. Market
Wichita KS 67202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:  January Bailey
301 N. Main, Ste 2000
Wichita KS 67202

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT IN DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____  By: _____ (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, January M. Bailey, certify that service of this summons and a copy of the complaint was made on _____ by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
FedLoan Servicing/PHEAA
Attn Officer or Agent
1200 North 7th Street
Harrisburg, PA, 17102

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of Kansas, as follows: (describe briefly)

    If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____   Signature: _____
January M. Bailey
Eron Law, P.A.
301 N. Main, Ste 2000
Wichita KS 67202