UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
Wichita Division

| | |
|---|---|
| In re: ) | |
| ) | Bankr. Case No.: 19-10065 |
| PARIS EDWARD THOMAS LOYLE and ) | |
| KATHERINE CHRISTINE LOYLE, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| PARIS EDWARD THOMAS LOYLE and ) | Adv. Proc. No.: 20-05073 |
| KATHERINE CHRISTINE LOYLE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| EDUCATION, NAVIENT SOLUTIONS, LLC, ) | |
| EDUCATIONAL CREDIT MANAGEMENT ) | |
| CORPORATION, FEDLOAN SERVICING, ) | |
| EDUCATIONAL COMPUTER SYSTEMS, INC., ) | |
| R3 EDUCATION, INC, FIRSTMARK ) | |
| SERVICES, CITIZENS ONE, TAB BANK and ) | |
| AMERICAN EDUCATION SERVICES, ) | |
| ) | |
| Defendants. ) | |

**NAVIENT SOLUTIONS, LLC'S ANSWER TO COMPLAINT
TO DETERMINE DISCHARGE OF STUDENT LOANS**

Navient Solutions, LLC ("Navient"), by and through its undersigned counsel, hereby provides its Answer to the allegations of Plaintiffs, Paris Edward Thomas Loyle and Katherine Christine Loyle ("Plaintiffs")', Complaint to Determine Discharge of Student Loans ("Complaint"), and states as follows:

**JURISDICTION AND VENUE**

1. – 3. Admitted.

**PARTIES**

4. Admitted.

5. This paragraph of Plaintiff's Complaint is not related to Plaintiff's claims against Navient, and as such, Navient provides no response.

6. Admitted for purposes of this adversary proceeding only.

7. – 14. Navient is without information or knowledge sufficient to form a belief as to the truth of the averments contained within these paragraphs of Plaintiff's Complaint and, therefore, denies same.

## FACTS

Facts Relating to Paris Loyle

15. – 19. Navient is without information or knowledge sufficient to form a belief as to the truth of the averments contained within these paragraphs of Plaintiff's Complaint and, therefore, denies same.

20. – 21. Admitted.

22. Admitted, except that Navient's records show the Grad Excel loan as one loan.

23. – 27. Navient is without information or knowledge sufficient to form a belief as to the truth of the averments contained within these paragraphs of Plaintiff's Complaint and, therefore, denies same.

Facts Relating to Katherine Loyle

28. – 36. Navient is without information or knowledge sufficient to form a belief as to the truth of the averments contained within these paragraphs of Plaintiff's Complaint and, therefore, denies same.

Facts Relating to Both Plaintiffs

37. – 43. Navient is without information or knowledge sufficient to form a belief as to the truth of the averments contained within these paragraphs of Plaintiff's Complaint and, therefore, denies same.

44. Admitted only as to the Direct Consolidated and Grad Excel loans. Otherwise, Navient is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiff's Complaint and, therefore, denies same.

## ARGUMENT

45. – 50. Navient is without information or knowledge sufficient to form a belief as to the truth of the averments contained within these paragraphs of Plaintiff's Complaint and, therefore, denies same.

## RELIEF REQUESTED

51. This paragraph of Plaintiff's Complaint is a conclusion of law and / or request for relief, to which no answer is required, but in an abundance of caution, is denied.

*[this space intentionally left blank]*

WHEREFORE, Navient Solutions, LLC respectfully requests judgment in its favor and against Plaintiffs, and such other relief as is just and equitable.

Respectfully submitted,

By: */s/ David A. Gellis*
David A. Gellis, KS Bar #78310
Manz, Swanson, Hall, Fogarty & Gellis, P.C.
Lightwell
1100 Main Street, Suite 1930
Kansas City, MO 64105
Telephone: (816) 472-5310
Facsimile: (816) 472-5320
Email: dgellis@mslawkc.com
Attorneys for Navient Solutions, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re: ) | |
| ) | Bankr. Case No.: 19-10065 |
| PARIS EDWARD THOMAS LOYLE and ) | |
| KATHERINE CHRISTINE LOYLE, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ) | |
| PARIS EDWARD THOMAS LOYLE and ) | Adv. Proc. No.: 20-05073 |
| KATHERINE CHRISTINE LOYLE, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| EDUCATION, NAVIENT SOLUTIONS, LLC, ) | |
| EDUCATIONAL CREDIT MANAGEMENT ) | |
| CORPORATION, FEDLOAN SERVICING, ) | |
| EDUCATIONAL COMPUTER SYSTEMS, INC., ) | |
| R3 EDUCATION, INC, FIRSTMARK ) | |
| SERVICES, CITIZENS ONE, TAB BANK and ) | |
| AMERICAN EDUCATION SERVICES, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I am more than 18 years of age and not a party to the matter concerning which service was accomplished. I further certify that on the 9th day of June, 2020, a true and correct copy of Navient Solutions, LLC's Answer to Complaint to Determine Discharge of Student Loans was served upon the following electronically through the court's CM/ECF system:

January M. Bailey – Attorney for Plaintiff

By:  */s/ David A. Gellis*
David A. Gellis,    KS Bar #78310
Manz, Swanson, Hall, Fogarty & Gellis, P.C.
Lightwell
1100 Main Street, Suite 1930
Kansas City, MO 64105
Telephone: (816) 472-5310
Facsimile: (816) 472-5320
Email: dgellis@mslawkc.com
Attorneys for Navient Solutions, LLC