# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
### Wichita Division

| | |
|---|---|
| In re: ) | |
| ) | Bankr. Case No.: 19-10065 |
| PARIS EDWARD THOMAS LOYLE and ) | |
| KATHERINE CHRISTINE LOYLE, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| PARIS EDWARD THOMAS LOYLE and ) | Adv. Proc. No.: 20-05073 |
| KATHERINE CHRISTINE LOYLE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| EDUCATION, NAVIENT SOLUTIONS, LLC, ) | |
| EDUCATIONAL CREDIT MANAGEMENT ) | |
| CORPORATION, FEDLOAN SERVICING, ) | |
| EDUCATIONAL COMPUTER SYSTEMS, INC., ) | |
| R3 EDUCATION, INC, FIRSTMARK ) | |
| SERVICES, CITIZENS ONE, TAB BANK and ) | |
| AMERICAN EDUCATION SERVICES, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I am over 18 years of age and not a party to the matter concerning which service was accomplished. I further certify that on the 9th day of June, 2020, I served via email, a true and correct copy of the following documents:

**NAVIENT SOLUTIONS, LLC'S**
**FIRST SET OF INTERROGATORIES TO PLAINTIFFS**

**NAVIENT SOLUTIONS, LLC'S FIRST REQUEST FOR**
**PRODUCTION OF DOCUMENTS TO PLAINTIFFS**

**NAVIENT SOLUTIONS, LLC'S**
**FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFFS**

# NAVIENT SOLUTIONS, LLC'S DISCLOSURES PURSUANT TO BANKRUPTCY RULE 7026 AND FED.R.CIV.P. 26(a)(1)

upon the following persons:

    January M. Bailey
    301 N. Main, Ste. 2000
    Wichita, KS 67202
    january@eronlaw.net

By:   */s/ David A. Gellis*
    David A. Gellis,    KS Bar #78310
    Manz, Swanson, Hall, Fogarty & Gellis, P.C.
    Lightwell
    1100 Main Street, Suite 1930
    Kansas City, MO 64105
    Telephone: (816) 472-5310
    Facsimile: (816) 472-5320
    Email: dgellis@mslawkc.com
    Attorneys for Navient Solutions, LLC