# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE | ) | Case No. 19-10065 |
| KATHERINE CHRISTINE LOYLE, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE AND | ) | |
| KATHERINE CHRISTINE LOYLE, | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | Adv. Proc. No.20-5073 |
| EDUCATION, NAVIENT SOLUTIONS LLC, | ) | |
| EDUCATIONAL CREDIT MANAGEMENT | ) | |
| CORPORATION, FEDLOAN SERVICING, | ) | |
| EDUCATIONAL COMPUTER SYSTEMS, INC, | ) | |
| R3 EDUCATION INC, FIRSTMARK SERVICES, | ) | |
| CITIZENS ONE, TAB BANK, and AMERICAN | ) | |
| EDUCATION SERVICES | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO DISMISS EDUCATIONAL CREDIT MANAGEMENT CORPORATION AND FEDLOAN SERVICING**

COME NOW, the Plaintiffs, Paris and Katherine Loyle, by and through their attorney, January Bailey, and request that Educational Credit Management Corporation ("ECMC") and FedLoan Servicing ("FedLoan") be dismissed as defendants in the proceeding herein. In support of their Motion, the Plaintiffs state:

1. Both ECMC and FedLoan were named as defendants as servicers of federal student loans.

2. The US Department of Education has filed an answer. The Answer filed by the Department of Education incorporates the loans that the Plaintiffs believed were held by ECMC and FedLoan.

3. As the dischargeability of those loans will now be litigated with the Department of Education, no further purpose is served by ECMC or FedLoan being defendants in the proceeding.

WHEREFORE, the Plaintiffs pray that the Court dismiss ECMC and FedLoan as defendants in the proceeding, without prejudice to further filing, should it become necessary, and for such other relief as the Court deems just and proper.

ERON LAW, P.A.
Attorney for Plaintiffs

*s/ January M. Bailey*
January M. Bailey, #23926
301 N. Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2020, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Additionally, a copy was emailed to counsel for ECMC, mkreun@ecmc.org, and FedLoan, npeachey@pheaa.org.

By: *s/ January M. Bailey*
January M. Bailey