## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE | ) | Case No.     19-10065 |
| KATHERINE CHRISTINE LOYLE, | ) | Chapter     7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE AND | ) | |
| KATHERINE CHRISTINE LOYLE, | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | Adv. Proc. No.20-5073 |
| EDUCATION, NAVIENT SOLUTIONS LLC, | ) | |
| EDUCATIONAL CREDIT MANAGEMENT | ) | |
| CORPORATION, FEDLOAN SERVICING, | ) | |
| EDUCATIONAL COMPUTER SYSTEMS, INC, | ) | |
| R3 EDUCATION INC, FIRSTMARK SERVICES, | ) | |
| CITIZENS ONE, TAB BANK, and AMERICAN | ) | |
| EDUCATION SERVICES | ) | |
| Defendants. | ) | |

## STIPULATION FOR EXTENSION OF TIME TO ANSWER

Plaintiffs Paris Edward Thomas Loyle and Katherine Christine Loyle hereby stipulate that

Defendants American Education Systems, Educational Computer Systems, Inc., and R3

Education, Inc. shall have to and through July 10, 2020, to answer or otherwise respond to the

Complaint filed in this Adversary Proceeding.

Respectfully submitted this 12th day of June, 2020.

ERON LAW, P.A.
Attorney for Plaintiffs

_____s/ *January M. Bailey*_____
January M. Bailey, #23926
301 N. Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2020, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

By: _____*s/ January M. Bailey*_____
January M. Bailey

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served this *STIPULATION FOR EXTENSION OF TIME TO ANSWER* via electronic mail to:

Gregory M. Taube
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
*Attorneys for Defendants*
*Educational Computer Systems, Inc. and R3 Education, Inc.*

This 12th day of June, 2020.

_____
January M. Bailey, #23926

Attorney for Plaintiffs

ERON LAW, P. A.
301 N. Main, Ste. 2000
Wichita, KS 67202
(316) 262-5500 (Phone)
(316) 262-5559 (Fax)
january@eronlaw.net

3