**SO ORDERED.**

**SIGNED this 12th day of June, 2020.**



_____
Robert E. Nugent
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE | ) | Case No. 19-10065 |
| KATHERINE CHRISTINE LOYLE, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE AND | ) | |
| KATHERINE CHRISTINE LOYLE, | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| EDUCATION, NAVIENT SOLUTIONS LLC, | ) | Adv. Proc. No. 20-5073 |
| EDUCATIONAL CREDIT MANAGEMENT | ) | |
| CORPORATION, FEDLOAN SERVICING, | ) | |
| EDUCATIONAL COMPUTER SYSTEMS, INC, | ) | |
| R3 EDUCATION INC, FIRSTMARK SERVICES, | ) | |
| CITIZENS ONE, TAB BANK, and AMERICAN | ) | |
| EDUCATION SERVICES | ) | |
| Defendants. | ) | |

**ORDER DISMISSING EDUCATIONAL CREDIT MANAGEMENT CORPORATION AND FEDLOAN SERVICING AS DEFENDANTS**

United States Bankruptcy Court for the District of Kansas
Loyle v. US DOE et al.
Order Dismissing ECMC and FedLoan
June 12, 2020
Page 2

This matter comes before the Court on the request of Plaintiffs to dismiss Educational Credit Management Corporation ("ECMC") and FedLoan Servicing ("FedLoan") as defendants in the adversary proceeding. Based upon the Motion and the record herein, the Court orders that:

1. It appears the loans serviced by ECMC and FedLoan are to be defended by the Department of Education, and therefore:

2. ECMC is dismissed as a defendant in this proceeding, without prejudice;

3. FedLoan is dismissed as a defendant in this proceeding, without prejudice.

IT IS SO ORDERED

###

| | |
|---|---|
| ERON LAW, P.A.<br>Attorney for Plaintiffs | US ATTORNEY<br>Attorney for DOE |
| s/ *January M. Bailey*<br>January M. Bailey, #23926<br>301 N. Main, Ste 2000<br>Wichita, KS 67202<br>T: (316) 262-5500<br>F: (316) 262-5559<br>january@eronlaw.net | s/ *Brian D. Sheern*<br>Brian D. Sheern, #21479<br>Assistant US Attorney<br>301 N Main, Ste 1200<br>Wichita, KS 67202<br>T: (316) 269-6481<br>F: (316) 269-6484<br>brian.sheern@usdoj.gov |

MANZ, SWANSON, HALL,
FOGARTY & GELLIS, P.C.
Attorney for Navient Solutions, LLC

   s/ *David A. Gellis*
David A. Gellis, #78310
1100 Main Street, Ste 1930
Kansas City, MO 64105
T: (816) 472-5310
F: (816) 472-5320
dgellis@mslawkc.com