**SO ORDERED.**

**SIGNED this 12th day of June, 2020.**



_____
Robert E. Nugent
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
|    PARIS EDWARD THOMAS LOYLE | ) | Case No.   19-10065 |
|    KATHERINE CHRISTINE LOYLE, | ) | Chapter   7 |
| | ) | |
|                Debtors. | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE AND | ) | |
| KATHERINE CHRISTINE LOYLE, | ) | |
|                Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | Adv. Proc. No.20-5073 |
| EDUCATION, NAVIENT SOLUTIONS LLC, | ) | |
| EDUCATIONAL CREDIT MANAGEMENT | ) | |
| CORPORATION, FEDLOAN SERVICING, | ) | |
| EDUCATIONAL COMPUTER SYSTEMS, INC, | ) | |
| R3 EDUCATION INC, FIRSTMARK SERVICES, | ) | |
| CITIZENS ONE, TAB BANK, and AMERICAN | ) | |
| EDUCATION SERVICES | ) | |
|                Defendants. | ) | |

## ORDER DISMISSING EDUCATIONAL CREDIT MANAGEMENT CORPORATION AND FEDLOAN SERVICING AS DEFENDANTS

United States Bankruptcy Court for the District of Kansas
Loyle v. US DOE et al.
Order Dismissing ECMC and FedLoan
June 12, 2020
Page 2

This matter comes before the Court on the request of Plaintiffs to dismiss Educational Credit Management Corporation ("ECMC") and FedLoan Servicing ("FedLoan") as defendants in the adversary proceeding. Based upon the Motion and the record herein, the Court orders that:

1. It appears the loans serviced by ECMC and FedLoan are to be defended by the Department of Education, and therefore:

2. ECMC is dismissed as a defendant in this proceeding, without prejudice;

3. FedLoan is dismissed as a defendant in this proceeding, without prejudice.

IT IS SO ORDERED

###

| ERON LAW, P.A. | US ATTORNEY |
| --- | --- |
| Attorney for Plaintiffs | Attorney for DOE |
| *s/ January M. Bailey* | *s/ Brian D. Sheern* |
| January M. Bailey, #23926 | Brian D. Sheern, #21479 |
| 301 N. Main, Ste 2000 | Assistant US Attorney |
| Wichita, KS 67202 | 301 N Main, Ste 1200 |
| T: (316) 262-5500 | Wichita, KS 67202 |
| F: (316) 262-5559 | T: (316) 269-6481 |
| january@eronlaw.net | F: (316) 269-6484 |
| | brian.sheern@usdoj.gov |

MANZ, SWANSON, HALL,
FOGARTY & GELLIS, P.C.
Attorney for Navient Solutions, LLC

   *s/ David A. Gellis*
David A. Gellis, #78310
1100 Main Street, Ste 1930
Kansas City, MO 64105
T: (816) 472-5310
F: (816) 472-5320
dgellis@mslawkc.com

```
                          United States Bankruptcy Court
                                District of Kansas
Loyle,
         Plaintiff                                        Adv. Proc. No. 20-05073-REN

United States Department of Education,
         Defendant          CERTIFICATE OF NOTICE
District/off: 1083-6         User: admin              Page 1 of 1           Date Rcvd: Jun 12, 2020
                             Form ID: pdf020ap        Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2020.
```
pla           +Katherine Christine Loyle,   15213 E Stratford St,   Wichita, KS 67230-6640
pla           +Paris Edward Thomas Loyle,   15213 E Stratford St,   Wichita, KS 67230-6640
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov Jun 12 2020 22:34:00      U.S. Trustee,
                Office of the United States Trustee,   301 North Main Suite 1150,   Wichita, KS 67202-4811
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2020 at the address(es) listed below:
```
          Brian D Sheern    on behalf of Defendant    United States Department of Education
           brian.sheern@usdoj.gov,  michelle.lies@usdoj.gov;debra.austin2@usdoj.gov;CaseView.ECF@usdoj.gov
          David Alan Gellis    on behalf of Defendant    Navient Solutions LLC dgellis@mslawkc.com,
           ccariani@mslawkc.com
          January M Bailey    on behalf of Plaintiff Katherine Christine Loyle
           notices2@eronlaw.net;cmecf@eronlaw.net
          January M Bailey    on behalf of Plaintiff Paris Edward Thomas Loyle
           notices2@eronlaw.net;cmecf@eronlaw.net
                                                                                              TOTAL: 4
```