IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| PARIS EDWARD THOMAS LOYLE | ) | Case No. | 19-10065 |
| KATHERINE CHRISTINE LOYLE, | ) | Chapter | 7 |
| | ) | | |
| Debtors. | ) | | |
| | ) | | |
| PARIS EDWARD THOMAS LOYLE AND | ) | | |
| KATHERINE CHRISTINE LOYLE, | ) | | |
| Plaintiffs | ) | | |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| UNITED STATES DEPARTMENT OF | ) | Adv. Proc. No. 20-5073 | |
| EDUCATION, NAVIENT SOLUTIONS LLC, | ) | | |
| EDUCATIONAL COMPUTER SYSTEMS, INC, | ) | | |
| R3 EDUCATION INC, FIRSTMARK SERVICES, | ) | | |
| CITIZENS ONE, TAB BANK, and AMERICAN | ) | | |
| EDUCATION SERVICES | ) | | |
| Defendants. | ) | | |
| | ) | | |
| _____ | ) | | |

## PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS FIRSTMARK SERVICES, CITIZENS ONE, AND TAB BANK

Plaintiff's counsel, January M. Bailey, requests that the Clerk enter a default against Defendants Firstmark Services, Citizens One, and TAB Bank. In support thereof, counsel states:

1. The Plaintiff filed this adversary proceeding on May 12, 2020.

2. Summons were issued for Firstmark Services, Citizens One, and TAB Bank on May 13, 2020.

3. Service was effectuated on May 13, 2020, by first class mail, postage prepaid to Firstmark Services (document 38).

4. Service was effectuated on May 13, 2020, by certified mail, postage prepaid, to TAB Bank (document 34). A copy of the USPS Receipt is attached as Exhibit A.

5. Service was effectuated on May 13, 2020, by certified mail, postage prepaid, to Citizens One/Citizens Bank NA (document 47). A copy of the USPS Receipt is attached as Exhibit B.

6. Answer was due by Firstmark Services, Citizens One, and TAB Bank on June 12, 2020.

7. No answer has been filed by these parties as of June 16, 2020, at the time of signing this affidavit.

8. As these defendants are entities, none is a minor or incompetent person, nor are any in military service.

I, January M. Bailey, of lawful age, and being duly sworn on oath, state that the above is true and correct to the best of my knowledge.

FURTHER AFFIANT SAITH NAUGHT.

ERON LAW, P.A.
Attorney for Plaintiff

*January Bailey*

January M. Bailey, #23926
301 N Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

Eden S. Sterner
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 8-25-20

SUBSCRIBED AND SWORN to before me this 16 day of June, 2020.

*Eden S Sterner*
Notary Public

My appointment expires: August 25, 2020

**ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…**

## USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70191120000046941920

Your item was delivered to an individual at the address at 10:57 am on May 18, 2020 in OGDEN, UT 84403.

✓ **Delivered**

May 18, 2020 at 10:57 am
Delivered, Left with Individual
OGDEN, UT 84403

Get Updates ∨

Feedback

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…**

## USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70191120000046941937

Your item has been delivered and is available at a PO Box at 9:19 am on May 18, 2020 in PROVIDENCE, RI 02903.

## ✓ Delivered

May 18, 2020 at 9:19 am
Delivered, PO Box
PROVIDENCE, RI 02903

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Case 20-05073    Doc# 63    Filed 06/16/20    Page 4 of 4