IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>    PARIS EDWARD THOMAS LOYLE<br>    KATHERINE CHRISTINE LOYLE,<br><br>                Debtors.<br><br>PARIS EDWARD THOMAS LOYLE AND<br>KATHERINE CHRISTINE LOYLE,<br>                Plaintiffs<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF<br>EDUCATION, NAVIENT SOLUTIONS LLC,<br>EDUCATIONAL COMPUTER SYSTEMS, INC,<br>R3 EDUCATION INC, FIRSTMARK SERVICES,<br>CITIZENS ONE, TAB BANK, and AMERICAN<br>EDUCATION SERVICES<br>                Defendants. | Case No.   19-10065<br>Chapter    7<br><br><br><br><br><br><br><br><br><br>Adv. Proc. No.20-5073 |

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS FIRSTMARK SERVICES, CITIZENS ONE, AND TAB BANK

Plaintiffs, Paris and Katherine Loyle, by and through their undersigned counsel, requests that the Court, pursuant to Fed. R. Civ. P. 55(b)(1), enter a judgment by default against Defendants Firstmark Services, Citizens One, and TAB Bank. In support of their request, the Debtors state as follows:

1. The Plaintiffs filed this adversary proceeding on May 12, 2020.

2. Summons were issued for Firstmark Services, Citizens One, and TAB Bank on May 13, 2020.

3. Service was effectuated on May 13, 2020, by first class mail, postage prepaid to Firstmark Services (document 38).

4. Service was effectuated on May 13, 2020, by certified mail, postage prepaid, to TAB Bank (document 34). A copy of the USPS Receipt is attached as Exhibit A.

5. Service was effectuated on May 13, 2020, by certified mail, postage prepaid, to Citizens One/Citizens Bank NA (document 47). A copy of the USPS Receipt is attached as Exhibit B.

6. Answer was due by Firstmark Services, Citizens One, and TAB Bank on June 12, 2020.

7. No answer has been filed by these parties.

8. As these defendants are entities, none is a minor or incompetent person, nor are any in military service.

9. A Clerk's Entry of Default was requested on June 16, 2020, and entered by the Clerk on June 17, 2020.

WHEREFORE, the Plaintiffs request that a judgment by default be entered against Firstmark Services, Citizens One, and TAB Bank, determining that the student loans present an undue hardship on the Plaintiffs, that the debts owed to those entities are discharged, and such other relief as the Court deems just and proper.

Respectfully Submitted:

ERON LAW, P.A.
Attorney for Plaintiffs

*s/ January M. Bailey*
January M. Bailey, #23926
301 N Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2020, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

By: *s/ January M. Bailey*
January M. Bailey

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…

## USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70191120000046941920

Remove ✕

Your item was delivered to an individual at the address at 10:57 am on May 18, 2020 in OGDEN, UT 84403.

## ✓ Delivered

May 18, 2020 at 10:57 am
Delivered, Left with Individual
OGDEN, UT 84403

**Get Updates** ⌄

---

| Text & Email Updates | ⌄ |

| Tracking History | ⌄ |

| Product Information | ⌄ |

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Case 20-05073   Doc# 65   Filed 06/17/20   Page 4 of 5

**ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…**

## USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70191120000046941937                                    Remove ✕

Your item has been delivered and is available at a PO Box at 9:19 am on May 18, 2020 in PROVIDENCE, RI 02903.

✓ **Delivered**

May 18, 2020 at 9:19 am
Delivered, PO Box
PROVIDENCE, RI 02903

Get Updates ∨

---

Text & Email Updates                                                                 ∨

---

Tracking History                                                                       ∨

---

Product Information                                                                   ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Case 20-05073    Doc# 65    Filed 06/17/20    Page 5 of 5