Notice of Undeliverable Mail to Court - Adversary Proceeding

June 19, 2020

From: The Bankruptcy Noticing Center

Re:   Undeliverable Notice - Adversary Proceeding

In re: Loyle, Plaintiff
    United States Department of Education, Defendant
    Adv. Proc. No. 20-05073 REN

The attached document could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable. This notification is being sent for appropriate processing as your court may determine.

Undeliverable Address:
Citizens One

Reason Undeliverable: INCOMPLETE ADDRESS

Undeliverable Address:
TAB Bank

Reason Undeliverable: INCOMPLETE ADDRESS