SO ORDERED.

SIGNED this 18th day of June, 2020.



_____
Robert E. Nugent
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE | ) | Case No. 19-10065 |
| KATHERINE CHRISTINE LOYLE, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE AND | ) | |
| KATHERINE CHRISTINE LOYLE, | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | Adv. Proc. No. 20-5073 |
| EDUCATION, NAVIENT SOLUTIONS LLC, | ) | |
| EDUCATIONAL COMPUTER SYSTEMS, INC, | ) | |
| R3 EDUCATION INC, FIRSTMARK SERVICES, | ) | |
| CITIZENS ONE, TAB BANK, and AMERICAN | ) | |
| EDUCATION SERVICES | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER OF DEFAULT JUDGMENT

This matter comes before the Court on the request of Plaintiffs for a default judgment against Defendants Firstmark Services, Citizens One, and TAB Bank. The Plaintiffs appear by and

United States Bankruptcy Court for the District of Kansas
Loyle vs. US DOE, et al.
Order of Default Judgment
June 17, 2020
Page 2

through their attorney, January M. Bailey. Based upon the Motion and the record herein, the Court orders that:

1. Excepting from discharge the debts owed to Defendants Firstmark Services, Citizens One, and TAB Bank would impose an undue hardship upon the Plaintiffs/Debtors;

2. The parties Firstmark Services, Citizens One, and TAB Bank were properly served and did not file a timely Answer;

3. All debt owed to Defendant TAB Bank is included in the discharge received by the Plaintiffs on April 22, 2019 (doc. #25 in the main case);

4. All debt owed to Defendant Firstmark Services and guaranteed by Defendant Citizens One is included in the discharge received by the Plaintiff on April 22, 2019 (doc. #25 in the main case).

IT IS SO ORDERED

###

Respectfully Submitted:
ERON LAW, P.A.
Attorney for Plaintiffs

   s/ *January M. Bailey*
January M. Bailey, #23926
301 N Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net