## United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

In Re:

Paris Edward Thomas Loyle and Katherine Christine Loyle

Debtor

Case No.: 19–10065
Chapter: 7

Loyle et al v. United States Department of Education et al          Adv. Proc. No. 20–05073

**CLERK'S ENTRY OF DEFAULT**

| **Filed And Entered By The Court** |
| --- |
| **6/17/20** |
| David D. Zimmerman |
| Clerk of Court |
| US Bankruptcy Court |

This matter comes before the Court on the plaintiff's request (Doc.63) for entry of default by the Clerk of the Bankruptcy Court pursuant to Fed. R. Civ.P. 55(a) as made applicable to bankruptcy adversary proceedings by Fed. R. Bankr. P. 7055.

The plaintiff's request and supporting affidavit state that proper service of the summons and complaint have been made upon defendant Citizens One, FirstMark Services, TAB Ban, that the defendant against whom default is requested is not a minor or incompetent person, that default judgment is not prohibited by the Servicemembers Civil Relief Act, 50 U.S.C. App.§3931, that said defendant has failed to plead or otherwise defend, and the time for doing so has expired. Therefore, defendant Citizens One, FirstMark Services, TAB Ban is in default.

s/  David D. Zimmerman
United States Bankruptcy Court

Loyle,
    Plaintiff                                    Adv. Proc. No. 20-05073-REN

United States Department of Education,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 1083-6        User: admin          Page 1 of 1           Date Rcvd: Jun 17, 2020
                           Form ID: clkentry      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2020.
ust         +Kelly Jordan,    Office of U.S. Trustee,    301 North Main Ste. 1150,    Wichita, KS 67202-4811
dft         FirstMark Services,    PO Box 2977,   Omaha, NE  68103-2977
pla         +Katherine Christine Loyle,   15213 E Stratford St,   Wichita, KS 67230-6640
pla         +Paris Edward Thomas Loyle,   15213 E Stratford St,   Wichita, KS 67230-6640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft          Citizens One
dft          TAB Bank
                                             TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2020 at the address(es) listed below:
          Brian D Sheern    on behalf of Defendant   United States Department of Education
    brian.sheern@usdoj.gov,  michelle.lies@usdoj.gov;debra.austin2@usdoj.gov;CaseView.ECF@usdoj.gov
          David Alan Gellis   on behalf of Defendant   Navient Solutions LLC dgellis@mslawkc.com,
    ccariani@mslawkc.com
          January M Bailey   on behalf of Plaintiff Katherine Christine Loyle
    notices2@eronlaw.net;cmecf@eronlaw.net
          January M Bailey   on behalf of Plaintiff Paris Edward Thomas Loyle
    notices2@eronlaw.net;cmecf@eronlaw.net

                                                TOTAL: 4