IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PARIS EDWARD THOMAS LOYLE ) | Case No. 19-10065 |
| KATHERINE CHRISTINE LOYLE, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ) | |
| PARIS EDWARD THOMAS LOYLE AND ) | |
| KATHERINE CHRISTINE LOYLE, ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| EDUCATION, NAVIENT SOLUTIONS ) | Adv. Proc. No.20-5073 |
| LLC, EDUCATIONAL CREDIT ) | |
| MANAGEMENT CORPORATION, ) | |
| FEDLOAN SERVICING, EDUCATIONAL ) | |
| COMPUTER SYSTEMS, INC, R3 ) | |
| EDUCATION INC, FIRSTMARK ) | |
| SERVICES, CITIZENS ONE, TAB BANK, ) | |
| and AMERICAN EDUCATION SERVICES ) | |
| Defendants. ) | |

## PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY RESPONSES

Plaintiff, by and through counsel January Bailey, certifies to the Court that Plaintiffs' Responses to Navient's First Sets of Interrogatories, Requests for Admission, and Requests for Production were emailed to David Gellis on July 9, 2020.

Respectfully Submitted:

ERON LAW, P.A.
Attorney for Plaintiffs

  s/ *January M. Bailey*
January M. Bailey, #23926
301 N. Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 9, 2020, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

            By:  *s/ January M. Bailey*
                January M. Bailey