# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE | ) | Case No. 19-10065 |
| KATHERINE CHRISTINE LOYLE, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE AND | ) | |
| KATHERINE CHRISTINE LOYLE, | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, NAVIENT SOLUTIONS LLC, EDUCATIONAL CREDIT MANAGEMENT CORPORATION, FEDLOAN SERVICING, EDUCATIONAL COMPUTER SYSTEMS, INC, R3 EDUCATION INC, FIRSTMARK SERVICES, CITIZENS ONE, TAB BANK, and AMERICAN EDUCATION SERVICES | ) ) ) ) ) ) ) ) | Adv. Proc. No.20-5073 |
| Defendants. | ) | |

## SECOND STIPULATION FOR EXTENSION OF TIME TO ANSWER

Plaintiffs Paris Edward Thomas Loyle and Katherine Christine Loyle hereby stipulate that Defendants Educational Computer Systems, Inc., and R3 Education, Inc. shall have to and through July 24, 2020, to answer or otherwise respond to the Complaint filed in this Adversary Proceeding.

Respectfully submitted this 10th day of July, 2020.

        ERON LAW, P.A.
        Attorney for Plaintiffs

        *s/ January M. Bailey*
        January M. Bailey, #23926
        301 N. Main, Ste 2000
        Wichita, KS 67202
        T: (316) 262-5500
        F: (316) 262-5559
        january@eronlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

        By:    *s/ January M. Bailey*
                January M. Bailey