## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| PARIS EDWARD THOMAS LOYLE | ) | Case No. | 19-10065 |
| KATHERINE CHRISTINE LOYLE, | ) | Chapter | 7 |
| | ) | | |
| Debtors. | ) | | |
| | ) | | |
| PARIS EDWARD THOMAS LOYLE AND | ) | | |
| KATHERINE CHRISTINE LOYLE, | ) | | |
| Plaintiffs | ) | | |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| UNITED STATES DEPARTMENT OF | ) | | |
| EDUCATION, NAVIENT SOLUTIONS LLC, | ) | | |
| EDUCATIONAL CREDIT MANAGEMENT | ) | Adv. Proc. No. 20-5073 | |
| CORPORATION, FEDLOAN SERVICING, | ) | | |
| EDUCATIONAL COMPUTER SYSTEMS, INC, | ) | | |
| R3 EDUCATION INC, FIRSTMARK | ) | | |
| SERVICES, CITIZENS ONE, TAB BANK, | ) | | |
| LIBERTY BANK nka THE MIDDLEFIELD | ) | | |
| BANKING COMPANY, FCDB NPSL III TRUST | ) | | |
| 2014-1, AND CORONADO STUDENT LOAN | ) | | |
| TRUST | ) | | |
| Defendants. | ) | | |

**PLAINTIFFS' MOTION TO SUBSTITUTE DEFENDANT AND AMEND COMPLAINT**

Plaintiffs, Paris and Katherine Loyle, by and through his undersigned counsel, requests that the Court allow them to substitute defendant American Education Services for new defendants Liberty Bank, nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust. In support of their request, the Debtors state as follows:

1. The Plaintiff filed this adversary proceeding on May 12, 2020. The Plaintiffs believed that one of their student loan debts was owed to American Education Services.

2. Following the filing of the Complaint, counsel was contacted by American Education Services and learned that the debt had only been serviced by the company.

3. The Plaintiffs request that they be allowed to file an amended complaint to remove American Education Services as defendant and add in its place Liberty Bank, nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust.

4. Liberty Bank was the guarantor for the loan, which was originally taken out through Student Loan Xpress (a now defunct company).

5. The Plaintiffs have received correspondence listing both FCDB NPSL III Trust 2014-1 and Coronado Student Loan Trust as the current owner of the debt.

6. Plaintiffs do not expect an amended answer from the defendants that have filed answers, the United States Department of Education and Navient Solutions LLC, as no information would change on the amended complaint regarding their loans.

Respectfully Submitted:

PRELLE ERON & BAILEY, P.A.
Attorney for Plaintiffs

   s/ *January M. Bailey*
January M. Bailey, #23926
301 N. Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2020, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

By:    s/ *January M. Bailey*
January M. Bailey