**SO ORDERED.**

**SIGNED this 3rd day of August, 2020.**



Mitchell L. Herren
United States Bankruptcy Judge

---

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | )<br>) |
| PARIS EDWARD THOMAS LOYLE<br>KATHERINE CHRISTINE LOYLE, | ) Case No.    19-10065<br>) Chapter    7<br>) |
| Debtors. | )<br>) |
| PARIS EDWARD THOMAS LOYLE AND<br>KATHERINE CHRISTINE LOYLE,<br>       Plaintiffs | )<br>)<br>)<br>) |
| vs. | )<br>) |
| UNITED STATES DEPARTMENT OF EDUCATION, NAVIENT SOLUTIONS LLC, EDUCATIONAL CREDIT MANAGEMENT CORPORATION, FEDLOAN SERVICING, EDUCATIONAL COMPUTER SYSTEMS, INC, R3 EDUCATION INC, FIRSTMARK SERVICES, CITIZENS ONE, TAB BANK, LIBERTY BANK nka THE MIDDLEFIELD BANKING COMPANY, FCDB NPSL III TRUST 2014-1, AND CORONADO STUDENT LOAN TRUST<br>       Defendants. | )<br>)<br>)<br>) Adv. Proc. No. 20-5073<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ALLOWING PLAINTIFFS TO SUBSTITUTE DEFENDANT

United States Bankruptcy Court for the District of Kansas
Loyle vs. US DOE, et al.
Order Allowing Plaintiffs to Substitute Defendant
August 3, 2020
Page 2

This matter comes before the Court on the request of Plaintiffs to remove American Education Services as Defendant and add Liberty Bank, nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust in its place. The Plaintiffs appear by and through their attorney, January M. Bailey. The United States Department of Education appears by and through its Assistant United States Attorney, Brian Sheern. Navient Solutions, LLC, appears by and through its attorney, David A. Geillis Based upon the Motion and the record herein, the Court orders that:

1. Plaintiffs may file an amended complaint solely to remove American Education Services and add its place Liberty Bank, nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust.

2. The United States Department of Education and Navient Solutions, LLC do not need to file amended or supplemental answers to the Amended Complaint, their Answers will relate back to the originally filed complaint.

IT IS SO ORDERED

###

| Respectfully Submitted by: | Approved by: |
|---|---|
| PRELLE ERON & BAILEY, P.A.<br>Attorney for Plaintiffs | US ATTORNEY<br>Attorney for DOE |
| _s/ January M. Bailey_<br>January M. Bailey, #23926<br>301 N. Main, Ste 2000<br>Wichita, KS 67202<br>T: (316) 262-5500<br>F: (316) 262-5559<br>january@eronlaw.net | _s/ Brian D. Sheern_<br>Brian D. Sheern, #21479<br>Assistant US Attorney<br>301 N Main, Ste 1200<br>Wichita, KS 67202<br>T: (316) 269-6481<br>F: (316) 269-6484<br>brian.sheern@usdoj.gov |

United States Bankruptcy Court for the District of Kansas
Loyle vs. US DOE, et al.
Order Allowing Plaintiffs to Substitute Defendant
August 3, 2020
Page 3

Approved by:

MANZ, SWANSON, HALL, FOGARTY & GELLIS, P.C.
Attorney for Navient Solutions, LLC

   s/ *David A. Gellis*
David A. Gellis, #78310
1100 Main Street, Ste 1930
Kansas City, MO 64105
T: (816) 472-5310
F: (816) 472-5320
dgellis@mslawkc.com