## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:

|  |  |  |
|---|---|---|
| PARIS EDWARD THOMAS LOYLE | ) | Case No.    19-10065 |
| KATHERINE CHRISTINE LOYLE, | ) | Chapter    7 |

Debtors.

PARIS EDWARD THOMAS LOYLE AND
KATHERINE CHRISTINE LOYLE,
      Plaintiffs

vs.

UNITED STATES DEPARTMENT OF
EDUCATION, NAVIENT SOLUTIONS LLC,
EDUCATIONAL CREDIT MANAGEMENT
CORPORATION, FEDLOAN SERVICING,
EDUCATIONAL COMPUTER SYSTEMS, INC,
R3 EDUCATION INC, FIRSTMARK
SERVICES, CITIZENS ONE, TAB BANK,
LIBERTY BANK nka THE MIDDLEFIELD
BANKING COMPANY, FCDB NPSL III TRUST
2014-1, AND CORONADO STUDENT LOAN
TRUST
      Defendants.

Adv. Proc. No. 20-5073

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:         Bankruptcy Clerk
                                     401 N. Market
                                     Wichita KS 67202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.
    Name and Address of Plaintiff's Attorney:    January Bailey
                                               301 N. Main, Ste 2000
                                             Wichita KS 67202

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT IN DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                    _____David D. Zimmerman_____    (Clerk of the Bankruptcy Court)

Date:  __8/5/2020__        By:  __s/Misse Swiggart__    (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, January M. Bailey, certify that service of this summons and a copy of the complaint was made on _____AuG 5, 2020_____ by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

①FCDB NPSL III Trust 2014-1
Attn Officer or Agent
Co The Corporation Trust Company
Corporation Trust Center 1209 Orange ST
Wilmington, DE 19801

②Asset Recovery Solutions, LLC
Attn Officer or Agent
Co the Corporation Company
112 SW 7th Street Ste 3C
Topeka, KS 66603

③Weltman Weinberg & Reis
Attn Eileen M Bitterman
965 Keynote Circle
Brooklyn Heights, OH 44131

④ Simm Associates Inc
Attn Officer or Agent
C/o Corporation Service Company
2900 Wanamaker Dr. Ste 204
Topeka, KS 66614

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of Kansas, as follows: (describe briefly)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 8/5/2020        Signature: _____January Bailey_____
January M. Bailey
Prelle Eron & Bailey, P.A.
301 N. Main, Ste 2000
Wichita KS 67202