**SO ORDERED.**

**SIGNED this 3rd day of August, 2020.**



Mitchell L. Herren
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | )<br>) |
| PARIS EDWARD THOMAS LOYLE<br>KATHERINE CHRISTINE LOYLE, | ) Case No. 19-10065<br>) Chapter 7<br>) |
| Debtors. | )<br>) |
| PARIS EDWARD THOMAS LOYLE AND<br>KATHERINE CHRISTINE LOYLE,<br>              Plaintiffs | )<br>)<br>)<br>) |
| vs. | )<br>) |
| UNITED STATES DEPARTMENT OF<br>EDUCATION, NAVIENT SOLUTIONS LLC,<br>EDUCATIONAL CREDIT MANAGEMENT<br>CORPORATION, FEDLOAN SERVICING,<br>EDUCATIONAL COMPUTER SYSTEMS, INC,<br>R3 EDUCATION INC, FIRSTMARK<br>SERVICES, CITIZENS ONE, TAB BANK,<br>LIBERTY BANK nka THE MIDDLEFIELD<br>BANKING COMPANY, FCDB NPSL III TRUST<br>2014-1, AND CORONADO STUDENT LOAN<br>TRUST<br>              Defendants. | )<br>)<br>) Adv. Proc. No. 20-5073<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ALLOWING PLAINTIFFS TO SUBSTITUTE DEFENDANT**

United States Bankruptcy Court for the District of Kansas
Loyle vs. US DOE, et al.
Order Allowing Plaintiffs to Substitute Defendant
August 3, 2020
Page 2

This matter comes before the Court on the request of Plaintiffs to remove American Education Services as Defendant and add Liberty Bank, nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust in its place. The Plaintiffs appear by and through their attorney, January M. Bailey. The United States Department of Education appears by and through its Assistant United States Attorney, Brian Sheern. Navient Solutions, LLC, appears by and through its attorney, David A. Geillis  Based upon the Motion and the record herein, the Court orders that:

1. Plaintiffs may file an amended complaint solely to remove American Education Services and add its place Liberty Bank, nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust.

2. The United States Department of Education and Navient Solutions, LLC do not need to file amended or supplemental answers to the Amended Complaint, their Answers will relate back to the originally filed complaint.

IT IS SO ORDERED

###

| Respectfully Submitted by: | Approved by: |
|---|---|
| PRELLE ERON & BAILEY, P.A.<br>Attorney for Plaintiffs | US ATTORNEY<br>Attorney for DOE |
|   s/ *January M. Bailey*<br>January M. Bailey, #23926<br>301 N. Main, Ste 2000<br>Wichita, KS 67202<br>T: (316) 262-5500<br>F: (316) 262-5559<br>january@eronlaw.net |   s/ *Brian D. Sheern*<br>Brian D. Sheern, #21479<br>Assistant US Attorney<br>301 N Main, Ste 1200<br>Wichita, KS 67202<br>T: (316) 269-6481<br>F: (316) 269-6484<br>brian.sheern@usdoj.gov |

United States Bankruptcy Court for the District of Kansas
Loyle vs. US DOE, et al.
Order Allowing Plaintiffs to Substitute Defendant
August 3, 2020
Page 3

Approved by:

MANZ, SWANSON, HALL, FOGARTY & GELLIS, P.C.
Attorney for Navient Solutions, LLC

   s/ *David A. Gellis*
David A. Gellis, #78310
1100 Main Street, Ste 1930
Kansas City, MO 64105
T: (816) 472-5310
F: (816) 472-5320
dgellis@mslawkc.com

```
United States Bankruptcy Court
       District of Kansas
Loyle,
         Plaintiff                                           Adv. Proc. No. 20-05073-MLH

United States Department of Education,
         Defendant
```

# CERTIFICATE OF NOTICE

District/off: 1083-6        User: admin          Page 1 of 1          Date Rcvd: Aug 04, 2020
                            Form ID: pdf020ap    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust              +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov Aug 04 2020 22:29:01      U.S. Trustee,
                 Office of the United States Trustee,   301 North Main Suite 1150,   Wichita, KS 67202-4811
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2020 at the address(es) listed below:
              Brian D Sheern    on behalf of Defendant    United States Department of Education
               brian.sheern@usdoj.gov,   michelle.lies@usdoj.gov;debra.austin2@usdoj.gov;CaseView.ECF@usdoj.gov
              David Alan Gellis    on behalf of Defendant    Navient Solutions LLC dgellis@mslawkc.com,
               ccariani@mslawkc.com
              January M Bailey    on behalf of Plaintiff Katherine Christine Loyle
               notices2@eronlaw.net;cmecf@eronlaw.net
              January M Bailey    on behalf of Plaintiff Paris Edward Thomas Loyle
               notices2@eronlaw.net;cmecf@eronlaw.net
                                                                                                TOTAL: 4