# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

**IN RE:**

| | |
|---|---|
| Paris Edward Thomas Loyle<br>Katherine Christine Loyle | Case No. 19-10065<br>Chapter 7 |
| Debtor(s). | |
| _____ | |
| Paris Edward Thomas Loyle<br>Katherine Christine Loyle | |
| Plaintiff, | |
| | Adversary No. 20-05073 |
| vs. | |
| United States Department of Education, et al | |
| Defendant(s). | |
| _____ | |

**TO ALL PARTIES IN INTEREST:**

## ORDER FOR AND NOTICE OF SCHEDULING CONFERENCE

PLEASE TAKE NOTICE that a pretrial scheduling conference will be held at 150 United States Courthouse, U.S. Bankruptcy Court, 401 North Market, Wichita, Kansas, on October 15, 2020, at 11:00 a.m., to consider and act upon the following:

***Debtors' Complaint to Determine Discharge of Student Loans, Answer of Defendant United States Department of Education and Navient Solutions, LLC's Answer to Complaint to Determine Discharge of Student Loans***

**Counsel for all parties shall comply with Fed. R. Civ. P. 26(f) by conferring in person or by telephone prior to the above date and counsel for the plaintiff shall file a report of the conference in substantial compliance with the attached [Report of Parties' Planning Meeting] not less than four working days prior to the scheduling conference.**

If the Report of Parties Planning Meeting is approved by the Court, unless the parties specifically request that the conference be held, the Court will likely cancel the scheduling conference and issue a Scheduling Order.

Dated: September 16, 2020.

                                                      __s/ Mitchell L. Herren_____
                                                      United States Bankruptcy Judge

See: www.ksb.uscourts.gov > Judges' Corner for Telephonic Conference Guidelines

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
) Case No.
)
Debtor(s). )
_____ )
)
)
)
Plaintiff, )
)
vs. ) Adversary No.
)
Defendant(s) )
_____ )

**Report of Parties' Planning Meeting**[1]
(Held pursuant to Fed. R. Civ.P. 26(f))

1. Pursuant to Fed. R. Civ.P. 26(f), a meeting was held on (date)_____ and was attended by:

   <u>Name</u>          <u>Address and Phone</u>          <u>Party Represented</u>

   a.
   b.
   c.
   d.

2. Nature of Complaint of Matter: _____(e.g. Adversary proceeding objecting to discharge, motion for relief from stay, etc.)

3. Pre-Discovery Disclosures. The parties [*choose one*] [have exchanged] [will exchange] the information required by Fed. R. Civ.P. 26(a) (1) on or before _____.

4. All pretrial discovery will be commenced in time to be completed by _____(Date)_____.

5. Reports from retained experts under Rule 26(a)(2) shall be due from _____ (name of party) to _____ (name of party) by _____(date), and from _____ (name of party) to _____(name of party) by _____ (date).

6. _____ (name of party) shall prepare and submit a Pretrial Order not later than _____ (date). Final lists of witnesses and exhibits under Fed. R. Civ.P. 26(a)(3) shall be due from both parties by the same date and shall be submitted with the Pretrial Order.

---

[1] On December 1, 2015, Rule 26(b)(1) regarding Discovery Scope and Limits was amended. This Court requires the parties, in formulating any plan of discovery, to consider the direction contained in that rule that discovery be proportional.

7.  Any motion for leave to join additional parties or to otherwise amend the pleadings shall be filed by _____ (date). [Note: The deadline shall be set 30 days before the proposed pretrial order deadline]

8.  All dispositive motions shall be filed by _____ (date).

9.  Settlement [*choose one*]: [is likely] [is unlikely] [cannot be evaluated prior to (insert date)].

10  Do the parties believe Alternative Dispute Resolution might be helpful? Yes/No

11. This case can be ready for trial not later than _____ (date) and is expected to take _____ (insert estimated trial time).

12. Special issues: [*If you are aware of discovery, settlement, or other issues that might dictate how this case should be handled, please address those issues here.*]

13. Consent to Bankruptcy Court Jurisdiction. If any party believes it is entitled to have any issue decided by an Article III judge, it nevertheless consents to trial and to entry of a final order by the bankruptcy judge.

    OR

    _____(name of party) does not consent and has filed a timely Motion to Transfer (withdraw the reference) pursuant to D.Kan.Rule 83.8.6.

14. The Court is often able to cancel the Scheduling conference, upon receipt of the Parties' Planning Meeting Report, if the parties are in consensus on the scheduling of the matter. Does any party request the Court to conduct a Scheduling Conference in this case (such as, e.g. to discuss discovery disputes, settlement possibilities, or any other relevant matter), not withstanding the submission of this Report?

    ☐ The parties consent to canceling the Scheduling Conference

    OR

    ☐ The parties (or party-name the party) request(s) the Scheduling Conference be held.

*Report should be prepared by counsel for the movant and circulated in time for filing with the Court not later than four working days prior to the previously noticed scheduling conference. The failure of the parties to file this report may result in the summary dismissal of the complaint or contested matter.*

Approval signatures of all counsel:

(Signature lines shall include all counsels' Supreme Court ID numbers, addresses, phone numbers, and business e:mail address.)

**Note that the Court may shorten or extend the proposed discovery time. In routine matters, the Court will normally allow no more than 90 days for discovery and submission for the final pretrial order.**

Revised 9/20/17

2