IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| PARIS EDWARD THOMAS LOYLE | ) | Case No. | 19-10065 |
| KATHERINE CHRISTINE LOYLE, | ) | Chapter | 7 |
| | ) | | |
| Debtors. | ) | | |
| | ) | | |
| PARIS EDWARD THOMAS LOYLE AND | ) | | |
| KATHERINE CHRISTINE LOYLE, | ) | | |
| Plaintiffs | ) | | |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| UNITED STATES DEPARTMENT OF | ) | | |
| EDUCATION, NAVIENT SOLUTIONS LLC, | ) | | |
| EDUCATIONAL CREDIT MANAGEMENT | ) | Adv. Proc. No.20-5073 | |
| CORPORATION, FEDLOAN SERVICING, | ) | | |
| EDUCATIONAL COMPUTER SYSTEMS, INC, | ) | | |
| R3 EDUCATION INC, FIRSTMARK SERVICES, | ) | | |
| CITIZENS ONE, TAB BANK, LIBERTY BANK | ) | | |
| nka THE MIDDLEFIELD BANKING | ) | | |
| COMPANY, FCDB NPSL III TRUST 2014-1, | ) | | |
| AND CORONADO STUDENT LOAN TRUST | ) | | |
| Defendants. | ) | | |

### PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS LIBERTY BANK, FCDB NPSL III TRUST 2014-1, AND CORONADO STUDENT LOAN TRUST

Plaintiffs' counsel, January M. Bailey, requests that the Clerk enter a default against Defendants Liberty Bank nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust. In support thereof, counsel states:

1. The Plaintiffs filed this adversary proceeding on May 12, 2020.

2. The Order on Motion to Substitute Parties, adding Liberty Bank nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust as Defendants was entered on August 4, 2020.

3. Summons were issued for Liberty Bank nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust on August 5, 2020.

4. Service was effectuated on August 5, 2020, by first class mail, postage prepaid to Coronado Student Loan Trust (document 87).

5. Service was effectuated on August 5, 2020, by first class mail, postage prepaid to FCDB NPSL III Trust 2014-1 (document 88).

6. Service was effectuated on August 5, 2020, by certified mail, postage prepaid, to Liberty Bank nka The Middlefield Banking Company (document 89). A copy of the USPS Receipt is attached as Exhibit A.

7. Answer was due by Liberty Bank nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust on September 4, 2020.

8. No answer has been filed by these parties as of September 17, 2020, at the time of signing this affidavit.

9. As these defendants are entities, none is a minor or incompetent person, nor are any in military service.

I, January M. Bailey, of lawful age, and being duly sworn on oath, state that the above is true and correct to the best of my knowledge.

FURTHER AFFIANT SAITH NAUGHT.

PRELLE ERON & BAILEY, P.A.
Attorney for Plaintiffs

January M. Bailey, #23926
301 N Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

SUBSCRIBED AND SWORN to before me this 17 day of September, 2020.



_____
Notary Public

My appointment expires: September 10, 2024

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70191120000046942002

Your item was delivered at 9:57 am on August 10, 2020 in MIDDLEFIELD, OH 44062.

## ⊘ Delivered

August 10, 2020 at 9:57 am
Delivered
MIDDLEFIELD, OH 44062

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Case 20-05073    Doc# 92    Filed 09/17/20    Page 4 of 4