**United States Bankruptcy Court – District of Kansas**
167 US Courthouse
401 North Market
Wichita, KS 67202

In Re:                                                                                     Case No.: 19–10065
                                                                                           Chapter: 7
Paris Edward Thomas Loyle and Katherine Christine Loyle

Debtor

Loyle et al v. United States Department of Education et al     Adv. Proc. No. 20–05073

**CLERK'S ENTRY OF DEFAULT**

| **Filed And Entered By The Court** |
|---|
| **9/18/20** |
| **David D. Zimmerman** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

This matter comes before the Court on the plaintiff's request (Doc.92) for entry of default by the Clerk of the Bankruptcy Court pursuant to Fed. R. Civ.P. 55(a) as made applicable to bankruptcy adversary proceedings by Fed. R. Bankr. P. 7055.

The plaintiff's request and supporting affidavit state that proper service of the summons and complaint have been made upon defendant Coronado Student Loan Trust , FCDB NPSL III Trust 2014–1 , Liberty Bank nka The Middlefield Banking Company, that the defendant against whom default is requested is not a minor or incompetent person, that default judgment is not prohibited by the Servicemembers Civil Relief Act, 50 U.S.C. App.§3931, that said defendant has failed to plead or otherwise defend, and the time for doing so has expired. Therefore, defendant Coronado Student Loan Trust , FCDB NPSL III Trust 2014–1 , Liberty Bank nka The Middlefield Banking Company is in default.

                                                                s/   David D. Zimmerman
                                                                United States Bankruptcy Court