# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE | ) | Case No. 19-10065 |
| KATHERINE CHRISTINE LOYLE, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE AND | ) | |
| KATHERINE CHRISTINE LOYLE, | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| EDUCATION, NAVIENT SOLUTIONS LLC, | ) | |
| EDUCATIONAL CREDIT MANAGEMENT | ) | Adv. Proc. No. 20-5073 |
| CORPORATION, FEDLOAN SERVICING, | ) | |
| EDUCATIONAL COMPUTER SYSTEMS, INC, | ) | |
| R3 EDUCATION INC, FIRSTMARK SERVICES, | ) | |
| CITIZENS ONE, TAB BANK, LIBERTY BANK | ) | |
| nka THE MIDDLEFIELD BANKING | ) | |
| COMPANY, FCDB NPSL III TRUST 2014-1, | ) | |
| AND CORONADO STUDENT LOAN TRUST | ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS LIBERTY BANK, FCDB NPSL III TRUST 2014-1, AND CORONADO STUDENT LOAN TRUST

Plaintiffs, Paris and Katherine Loyle, by and through their undersigned counsel, requests that the Court, pursuant to Fed. R. Civ. P. 55(b)(1), enter a judgment by default against Defendants Liberty Bank nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust. In support of their request, the Plaintiffs state as follows:

1. The Plaintiffs filed this adversary proceeding on May 12, 2020.

2. The Order on Motion to Substitute Parties, adding Liberty Bank nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust as Defendants was entered on August 4, 2020.

3. Summons were issued for Liberty Bank nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust on August 5, 2020.

4. Service was effectuated on August 5, 2020, by first class mail, postage prepaid to Coronado Student Loan Trust (document 87).

5. Service was effectuated on August 5, 2020, by first class mail, postage prepaid to FCDB NPSL III Trust 2014-1 (document 88).

6. Service was effectuated on August 5, 2020, by certified mail, postage prepaid, to Liberty Bank nka The Middlefield Banking Company (document 89). A copy of the USPS Receipt is attached as Exhibit A.

7. Answer was due by Liberty Bank nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust on September 4, 2020.

8. No answer has been filed by any of these parties.

9. As these defendants are entities, none is a minor or incompetent person, nor are any in military service.

10. A Clerk's Entry of Default was requested on September 17, 2020, and entered by the Clerk on September 18, 2020.

WHEREFORE, the Plaintiffs request that a judgment by default be entered against Liberty Bank nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust, determining that the student loans present an undue hardship on the

Plaintiffs, that the debts owed to those entities are discharged, and such other relief as the Court deems just and proper.

Respectfully Submitted:

PRELLE ERON & BAILEY, P.A.
Attorney for Plaintiffs

*s/ January M. Bailey*
January M. Bailey, #23926
301 N Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2020, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

By: *s/ January M. Bailey*
January M. Bailey

**ALERT: STAY UPDATED ON POST OFFICE CLOSURES AND SERVICE DISRUPTIONS DUE TO S…**

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70191120000046942002

Remove ✕

Your item was delivered at 9:57 am on August 10, 2020 in MIDDLEFIELD, OH 44062.

## ⊘ Delivered

August 10, 2020 at 9:57 am
Delivered
MIDDLEFIELD, OH 44062

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Case 20-05073    Doc# 94    Filed 09/18/20    Page 4 of 4