IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>    PARIS EDWARD THOMAS LOYLE<br>    KATHERINE CHRISTINE LOYLE,<br><br>                    Debtors.<br><br>PARIS EDWARD THOMAS LOYLE AND<br>KATHERINE CHRISTINE LOYLE,<br>                    Plaintiffs<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF<br>EDUCATION, NAVIENT SOLUTIONS LLC,<br>EDUCATIONAL CREDIT MANAGEMENT<br>CORPORATION, FEDLOAN SERVICING,<br>EDUCATIONAL COMPUTER SYSTEMS, INC,<br>R3 EDUCATION INC, FIRSTMARK SERVICES,<br>CITIZENS ONE, TAB BANK, LIBERTY BANK<br>nka THE MIDDLEFIELD BANKING<br>COMPANY, FCDB NPSL III TRUST 2014-1,<br>AND CORONADO STUDENT LOAN TRUST<br>                    Defendants. | Case No.     19-10065<br>Chapter      7<br><br><br><br><br><br><br><br><br>Adv. Proc. No. 20-5073 |

**REPORT OF PARTIES' PLANNING MEETING**
(Held pursuant to Fed.R.Civ.P.26(f))

1. Pursuant to Fed. R. Civ. P. 26(f), a Parties Planning Meeting was held on <u>September 18, 2020</u> and was attended by:

| | Name | Address & Phone | Party Represented |
|---|---|---|---|
| a. | January Bailey<br>Prelle Eron & Bailey, P.A. | 301 N Main, Ste 2000<br>Wichita, KS 67202<br>316-262-5500 | Plaintiffs<br>Paris and Katherine Loyle |
| b. | Brian Sheern<br>US Attorney's Office | 301 N Main, Ste 1200<br>Wichita, KS 67202<br>316-269-6481 | Defendant<br>US Department of Education |
| c. | David A. Gellis<br>Manz, Swanson, Hall,<br>Fogarty & Gellis, P.C. | 1100 Main Street, Ste 1930<br>Kansas City, MO 64105<br>816-472-5310 | Defendant<br>Navient Solutions, LLC |

United States Bankruptcy Court for the District of Kansas
Loyle vs. US DOE, et al., Case 20-5073
Report of Parties' Planning Meeting
September 18, 2020
Page 2

2. **Nature of the Complaint or Matter.** Plaintiffs seek to include their student loans in the chapter 7 discharge they received, as excepting the student loans from discharge is an undue hardship for Plaintiffs and their dependents pursuant to 11 U.S.C. § 523(a)(8).

3. **Pre-Discovery Disclosures.** The parties will exchange the information required by Fed.R.Civ.P.26(a)(1) on or before: **December 4, 2020**.

4. All pretrial discovery will be commenced in time to be completed by: **March 5, 2021**.

5. Reports from retained experts under Rule 26(a)(2): **January 15, 2021.**

6. Plaintiff shall prepare and submit a Pretrial Order no later than **March 26, 2021**. Final lists of witnesses and exhibits under Fed.R.Civ.P.26(a)(3) shall be due from both parties by the same date and shall be submitted with the Pretrial Order.

7. Any motion for leave to join additional parties or to otherwise amend the pleadings shall be filed. **March 12, 2021**

8. All dipositive motions shall be filed by **April 9, 2021.**

9. Settlement is possible.

10. Do the parties believe Alternative Dispute Resolution might be helpful? No

11. This case can be ready for trial not earlier than **April 12, 2021** and expected to last one-half day.

12. Special issues: none.

13. The Court is often able to cancel the scheduling conference, upon receipt of the Parties' Planning Meeting Report, if the parties are in consensus on the scheduling of the matter. Does any party request the Court to conduct a Scheduling Conference in this case (such as e.g. to discuss discovery disputes, settlement possibilities, or any other relevant matter), not withstanding the submission of this Report.

    The parties consent to canceling the Scheduling Conference.

United States Bankruptcy Court for the District of Kansas
Loyle vs. US DOE, et al., Case 20-5073
Report of Parties' Planning Meeting
September 18, 2020
Page 3

SUBMITTED BY:

| | |
|---|---|
| PRELLE ERON & BAILEY, P.A.<br>Attorney for Plaintiffs | US ATTORNEY<br>Attorney for DOE |
|    s/ *January M. Bailey*<br>January M. Bailey, #23926<br>301 N Main, Ste 2000<br>Wichita, KS 67202<br>T: (316) 262-5500<br>F: (316) 262-5559<br>january@eronlaw.net |    s/ *Brian D. Sheern*<br>Brian D. Sheern, #21479<br>Assistant US Attorney<br>301 N Main, Ste 1200<br>Wichita, KS 67202<br>T: (316) 269-6481<br>F: (316) 269-6484<br>brian.sheern@usdoj.gov |

MANZ, SWANSON, HALL, FOGARTY & GELLIS, P.C.
Attorney for Navient Solutions, LLC

   s/ *David A. Gellis*
David A. Gellis, #78310
1100 Main Street, Ste 1930
Kansas City, MO 64105
T: (816) 472-5310
F: (816) 472-5320
dgellis@mslawkc.com