# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

**IN RE:**

Paris Edward Thomas Loyle                                    Case No. 19-10065
Katherine Christine Loyle                                    Chapter 7

                       Debtor(s).
_____

Paris Edward Thomas Loyle
Katherine Christine Loyle

                      Plaintiff,
                                              Adversary No. 20-05073
     vs.

United States Department of Education, et al

                      Defendant(s).
_____

**TO ALL PARTIES IN INTEREST:**

## ORDER FOR AND NOTICE OF SCHEDULING CONFERENCE

       PLEASE TAKE NOTICE that a pretrial scheduling conference will be held at 150 United States Courthouse, U.S. Bankruptcy Court, 401 North Market, Wichita, Kansas, on October 15, 2020, at 11:00 a.m., to consider and act upon the following:

***Debtors' Complaint to Determine Discharge of Student Loans, Answer of Defendant United States Department of Education and Navient Solutions, LLC's Answer to Complaint to Determine Discharge of Student Loans***

       **Counsel for all parties shall comply with Fed. R. Civ.  P. 26(f) by conferring in person or by telephone prior to the above date and counsel for the plaintiff shall file a report of the conference in substantial compliance with the attached [Report of Parties' Planning Meeting] not less than four working days prior to the scheduling conference.**

       If the Report of Parties Planning Meeting is approved by the Court, unless the parties specifically request that the conference be held, the Court will likely cancel the scheduling conference and issue a Scheduling Order.

       Dated: September 16, 2020.

                                    __s/ Mitchell L. Herren_____
                                    United States Bankruptcy Judge

See: www.ksb.uscourts.gov > Judges' Corner for Telephonic Conference Guidelines

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:                    )
)
)    Case No.
)
         Debtor(s).    )
)
)
)
)
         Plaintiff,    )
)
    vs.                  )    Adversary No.
)
         Defendant(s)  )
)

**Report of Parties' Planning Meeting[1]**
(Held pursuant to Fed. R. Civ.P. 26(f))

1. Pursuant to Fed. R. Civ.P. 26(f), a meeting was held on (date)_____ and was attended by:

   Name         Address and Phone         Party Represented

   a.
   b.
   c.
   d.

2. Nature of Complaint of Matter: _____(e.g. Adversary proceeding objecting to discharge, motion for relief from stay, etc.)

3. Pre-Discovery Disclosures. The parties [*choose one*] [have exchanged] [will exchange] the information required by Fed. R. Civ.P. 26(a) (1) on or before _____ .

4. All pretrial discovery will be commenced in time to be completed by _____(Date)___ .

5. Reports from retained experts under Rule 26(a)(2) shall be due from _____ (name of party) to _____ (name of party) by _____(date), and from _____ (name of party) to _____(name of party) by _____ (date).

6. _____ (name of party) shall prepare and submit a Pretrial Order not later than _____ (date). Final lists of witnesses and exhibits under Fed. R. Civ.P. 26(a)(3) shall be due from both parties by the same date and shall be submitted with the Pretrial Order.

[1] On December 1, 2015, Rule 26(b)(1) regarding Discovery Scope and Limits was amended. This Court requires the parties, in formulating any plan of discovery, to consider the direction contained in that rule that discovery be proportional.

7.   Any motion for leave to join additional parties or to otherwise amend the pleadings shall be filed by _____ (date). [Note: The deadline shall be set 30 days before the proposed pretrial order deadline]

8.   All dispositive motions shall be filed by _____ (date).

9.   Settlement [*choose one*]: [is likely] [is unlikely] [cannot be evaluated prior to (insert date)].

10   Do the parties believe Alternative Dispute Resolution might be helpful? Yes/No

11.  This case can be ready for trial not later than _____ (date) and is expected to take _ _____ (insert estimated trial time).

12.  Special issues: [*If you are aware of discovery, settlement, or other issues that might dictate how this case should be handled, please address those issues here.*]

13.  Consent to Bankruptcy Court Jurisdiction.  If any party believes it is entitled to have any issue decided by an Article III judge, it nevertheless consents to trial and to entry of a final order by the bankruptcy judge.

          OR

     _____(name of party) does not consent and has filed a timely Motion to Transfer (withdraw the reference) pursuant to D.Kan.Rule 83.8.6.

14.  The Court is often able to cancel the Scheduling conference, upon receipt of the Parties' Planning Meeting Report, if the parties are in consensus on the scheduling of the matter. Does any party request the Court to conduct a Scheduling Conference in this case (such as, e.g. to discuss discovery disputes, settlement possibilities, or any other relevant matter), not withstanding the submission of this Report?

     ☐ The parties consent to canceling the Scheduling Conference

          OR

     ☐ The parties (or party-name the party) request(s) the Scheduling Conference be held.

***Report should be prepared by counsel for the movant and circulated in time for filing with the Court not later than four working days prior to the previously noticed scheduling conference.  The failure of the parties to file this report may result in the summary dismissal of the complaint or contested matter.***

Approval signatures of all counsel:

(Signature lines shall include all counsels' Supreme Court ID numbers, addresses, phone numbers, and business e:mail address.)

     **Note that the Court may shorten or extend the proposed discovery time.  In routine matters, the Court will normally allow no more than 90 days for discovery and submission for the final pretrial order.**

Revised 9/20/17

2

2

```
                    United States Bankruptcy Court
                         District of Kansas
```

Loyle,
     Plaintiff                                                 Adv. Proc. No. 20-05073-MLH

United States Department of Education,
     Defendant

## CERTIFICATE OF NOTICE

```
District/off: 1083-6        User: admin            Page 1 of 1             Date Rcvd: Sep 16, 2020
                            Form ID: pdf020ap       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov Sep 16 2020 22:43:40      U.S. Trustee,
                Office of the United States Trustee,   301 North Main Suite 1150,   Wichita, KS 67202-4811
                                                                                   TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
```
        Brian D Sheern    on behalf of Defendant    United States Department of Education
         brian.sheern@usdoj.gov,   michelle.lies@usdoj.gov;debra.austin2@usdoj.gov;CaseView.ECF@usdoj.gov
        David Alan Gellis    on behalf of Defendant    Navient Solutions LLC dgellis@mslawkc.com,
         ccariani@mslawkc.com
        January M Bailey    on behalf of Plaintiff Katherine Christine Loyle
         notices2@eronlaw.net;cmecf@eronlaw.net
        January M Bailey    on behalf of Plaintiff Paris Edward Thomas Loyle
         notices2@eronlaw.net;cmecf@eronlaw.net
                                                                               TOTAL: 4
```