Form clkentry  (Revised 04/2020)

## United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

| | |
|---|---|
| In Re: | Case No.: 19–10065 |
| | Chapter: 7 |
| Paris Edward Thomas Loyle and Katherine Christine Loyle | |
| Debtor | |

Loyle et al v. United States Department of Education et al    Adv. Proc. No. 20–05073

## CLERK'S ENTRY OF DEFAULT

**Filed And Entered By The Court**
**9/18/20**
David D. Zimmerman
Clerk of Court
US Bankruptcy Court

This matter comes before the Court on the plaintiff's request (Doc.92) for entry of default by the Clerk of the Bankruptcy Court pursuant to Fed. R. Civ.P. 55(a) as made applicable to bankruptcy adversary proceedings by Fed. R. Bankr. P. 7055.

The plaintiff's request and supporting affidavit state that proper service of the summons and complaint have been made upon defendant Coronado Student Loan Trust , FCDB NPSL III Trust 2014–1 , Liberty Bank nka The Middlefield Banking Company, that the defendant against whom default is requested is not a minor or incompetent person, that default judgment is not prohibited by the Servicemembers Civil Relief Act, 50 U.S.C. App.§3931, that said defendant has failed to plead or otherwise defend, and the time for doing so has expired. Therefore, defendant Coronado Student Loan Trust , FCDB NPSL III Trust 2014–1 , Liberty Bank nka The Middlefield Banking Company is in default.

s/   David D. Zimmerman
United States Bankruptcy Court

```
                        United States Bankruptcy Court
                              District of Kansas
Loyle,
            Plaintiff                                         Adv. Proc. No. 20-05073-MLH

United States Department of Education,
            Defendant
                              CERTIFICATE OF NOTICE
District/off: 1083-6         User: admin              Page 1 of 1          Date Rcvd: Sep 18, 2020
                             Form ID: clkentry        Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
dft            +FCDB NPSL III Trust 2014-1,   c o The Corporation Trust Company,   1209 Orange St,
                 Wilmington, DE 19801-1120
dft             Liberty Bank nka The Middlefield Banking Company,   1585 E High St,   Middlefield, OH  44062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
              Brian D Sheern    on behalf of Defendant    United States Department of Education
               brian.sheern@usdoj.gov,   michelle.lies@usdoj.gov;debra.austin2@usdoj.gov;CaseView.ECF@usdoj.gov
              David Alan Gellis    on behalf of Defendant    Navient Solutions LLC dgellis@mslawkc.com,
               ccariani@mslawkc.com
              January M Bailey    on behalf of Plaintiff Katherine Christine Loyle
               notices2@eronlaw.net;cmecf@eronlaw.net
              January M Bailey    on behalf of Plaintiff Paris Edward Thomas Loyle
               notices2@eronlaw.net;cmecf@eronlaw.net
                                                                                           TOTAL: 4
```