# Notice Recipients

District/Off: 1083–6     User: admin     Date Created: 9/21/2020
Case: 20–05073     Form ID: FRCP26AP     Total: 3

**Recipients of Notice of Electronic Filing:**
aty     Brian D Sheern     brian.sheern@usdoj.gov
aty     David Alan Gellis     dgellis@mslawkc.com
aty     January M Bailey     january@eronlaw.net

TOTAL: 3