**SIGNED this 21st day of September, 2020.**



_____
Mitchell L. Herren
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
|    PARIS EDWARD THOMAS LOYLE | ) | Case No.   19-10065 |
|    KATHERINE CHRISTINE LOYLE, | ) | Chapter     7 |
| | ) | |
|                Debtors. | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE AND | ) | |
| KATHERINE CHRISTINE LOYLE, | ) | |
|               Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| EDUCATION, NAVIENT SOLUTIONS LLC, | ) | |
| EDUCATIONAL CREDIT MANAGEMENT | ) | Adv. Proc. No. 20-5073 |
| CORPORATION, FEDLOAN SERVICING, | ) | |
| EDUCATIONAL COMPUTER SYSTEMS, INC, | ) | |
| R3 EDUCATION INC, FIRSTMARK SERVICES, | ) | |
| CITIZENS ONE, TAB BANK, LIBERTY BANK | ) | |
| nka THE MIDDLEFIELD BANKING | ) | |
| COMPANY, FCDB NPSL III TRUST 2014-1, | ) | |
| AND CORONADO STUDENT LOAN TRUST | ) | |
|               Defendants. | ) | |

## ORDER OF DEFAULT JUDGMENT AGAINST DEFENDANTS LIBERTY BANK, FCDB NPSL III TRUST 2014-1, AND CORONADO STUDENT LOAN TRUST

United States Bankruptcy Court for the District of Kansas
Loyle vs. US DOE, et al.
Order of Default Judgment
September 18, 2020
Page 2

This matter comes before the Court on the request of Plaintiffs for a default judgment against Defendants Liberty Bank nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust.  The Plaintiffs appear by and through their attorney, January M. Bailey.   Based upon the Motion and the record herein, the Court orders that:

1. Excepting from discharge the debts owed to Defendants Liberty Bank nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust would impose an undue hardship upon the Plaintiffs/Debtors;

2. The parties Liberty Bank nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust were properly served and did not file a timely Answer;

3. All debt owed to Defendant Liberty Bank nka The Middlefield Banking Company is included in the discharge received by the Plaintiffs on April 22, 2019 (doc. #25 in the main case);

4. All debt owed to Defendant FCDB NPSL III Trust 2014-1 is included in the discharge received by the Plaintiff on April 22, 2019 (doc. #25 in the main case).

5. All debt owed to Defendant Coronado Student Loan Trust is included in the discharge received by the Plaintiff on April 22, 2019 (doc. #25 in the main case).

IT IS SO ORDERED

###

United States Bankruptcy Court for the District of Kansas
Loyle vs. US DOE, et al.
Order of Default Judgment
September 18, 2020
Page 3

Respectfully Submitted:
PRELLE ERON & BAILEY, P.A.
Attorney for Plaintiffs

   s/ *January M. Bailey*
January M. Bailey, #23926
301 N Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net