**United States Bankruptcy Court – District of Kansas**
167 US Courthouse
401 North Market
Wichita, KS 67202

| | |
|---|---|
| In Re: Paris Edward Thomas Loyle and Katherine Christine Loyle<br>Debtor | Case No.: 19–10065<br>Chapter 7 |
| Loyle et al v. United States Department of Education et al | Adv. Proc. No. 20–05073 |

| Entered By The Court<br>9/22/20 | ORDER ADOPTING REPORT OF PARTIES' PLANNING MEETING | Filed By The Court<br>9/22/20<br>David D. Zimmerman<br>Clerk of Court<br>US Bankruptcy Court |
|---|---|---|

The following pleading was filed in this matter. The Court finds same to be appropriate for this matter and the schedule set forth in the Report is hereby adopted as an order of this Court.

*95* – Report of Parties Planning Meeting Filed by January M Bailey on behalf of Katherine Christine Loyle, Paris Edward Thomas Loyle . (Bailey, January)

**The Pretrial Order, if required, shall be submitted by the date set forth in the Report, failing which, the parties will be required to appear at a Status Conference .**

**Corrected to cancel the October 15, 20202 Scheduling Conference. The matter will be set to a Scheduling Conference after the March 26, 2021 deadline – date to be determined.**

It is so ORDERED.

| | |
|---|---|
| Document 100 – 95 | s/ Mitchell L. Herren<br>United States Bankruptcy Judge |