**SIGNED this 21st day of September, 2020.**




Mitchell L. Herren
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
|     PARIS EDWARD THOMAS LOYLE | ) | Case No.   19-10065 |
|     KATHERINE CHRISTINE LOYLE, | ) | Chapter     7 |
| | ) | |
|             Debtors. | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE AND | ) | |
| KATHERINE CHRISTINE LOYLE, | ) | |
|             Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| EDUCATION, NAVIENT SOLUTIONS LLC, | ) | |
| EDUCATIONAL CREDIT MANAGEMENT | ) | Adv. Proc. No.20-5073 |
| CORPORATION, FEDLOAN SERVICING, | ) | |
| EDUCATIONAL COMPUTER SYSTEMS, INC, | ) | |
| R3 EDUCATION INC, FIRSTMARK SERVICES, | ) | |
| CITIZENS ONE, TAB BANK, LIBERTY BANK | ) | |
| nka THE MIDDLEFIELD BANKING | ) | |
| COMPANY, FCDB NPSL III TRUST 2014-1, | ) | |
| AND CORONADO STUDENT LOAN TRUST | ) | |
|             Defendants. | ) | |

**<u>ORDER OF DEFAULT JUDGMENT AGAINST DEFENDANTS LIBERTY BANK,
FCDB NPSL III TRUST 2014-1, AND CORONADO STUDENT LOAN TRUST</u>**

United States Bankruptcy Court for the District of Kansas
Loyle vs. US DOE, et al.
Order of Default Judgment
September 18, 2020
Page 2

This matter comes before the Court on the request of Plaintiffs for a default judgment against Defendants Liberty Bank nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust. The Plaintiffs appear by and through their attorney, January M. Bailey. Based upon the Motion and the record herein, the Court orders that:

1. Excepting from discharge the debts owed to Defendants Liberty Bank nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust would impose an undue hardship upon the Plaintiffs/Debtors;

2. The parties Liberty Bank nka The Middlefield Banking Company, FCDB NPSL III Trust 2014-1, and Coronado Student Loan Trust were properly served and did not file a timely Answer;

3. All debt owed to Defendant Liberty Bank nka The Middlefield Banking Company is included in the discharge received by the Plaintiffs on April 22, 2019 (doc. #25 in the main case);

4. All debt owed to Defendant FCDB NPSL III Trust 2014-1 is included in the discharge received by the Plaintiff on April 22, 2019 (doc. #25 in the main case).

5. All debt owed to Defendant Coronado Student Loan Trust is included in the discharge received by the Plaintiff on April 22, 2019 (doc. #25 in the main case).

IT IS SO ORDERED

###

United States Bankruptcy Court for the District of Kansas
Loyle vs. US DOE, et al.
Order of Default Judgment
September 18, 2020
Page 3

Respectfully Submitted:
PRELLE ERON & BAILEY, P.A.
Attorney for Plaintiffs

   s/ *January M. Bailey*
January M. Bailey, #23926
301 N Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

```
                              United States Bankruptcy Court
                                    District of Kansas
Loyle,
           Plaintiff                                         Adv. Proc. No. 20-05073-MLH

United States Department of Education,
           Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 1083-6          User: admin              Page 1 of 1            Date Rcvd: Sep 21, 2020
                              Form ID: pdf020ap        Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2020.
pla             +Katherine Christine Loyle,    15213 E Stratford St,    Wichita, KS 67230-6640
pla             +Paris Edward Thomas Loyle,    15213 E Stratford St,    Wichita, KS 67230-6640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov Sep 21 2020 22:24:25      U.S. Trustee,
                 Office of the United States Trustee,   301 North Main Suite 1150,   Wichita, KS 67202-4811
                                                                                             TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2020 at the address(es) listed below:
              Brian D Sheern    on behalf of Defendant   United States Department of Education
               brian.sheern@usdoj.gov,  michelle.lies@usdoj.gov;debra.austin2@usdoj.gov;CaseView.ECF@usdoj.gov
              David Alan Gellis   on behalf of Defendant   Navient Solutions LLC dgellis@mslawkc.com,
               ccariani@mslawkc.com
              January M Bailey   on behalf of Plaintiff Katherine Christine Loyle
               notices2@eronlaw.net;cmecf@eronlaw.net
              January M Bailey   on behalf of Plaintiff Paris Edward Thomas Loyle
               notices2@eronlaw.net;cmecf@eronlaw.net
                                                                                             TOTAL: 4
```