# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE | ) | Case No. 19-10065 |
| KATHERINE CHRISTINE LOYLE, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE AND | ) | |
| KATHERINE CHRISTINE LOYLE, | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| EDUCATION, NAVIENT SOLUTIONS LLC, | ) | |
| EDUCATIONAL CREDIT MANAGEMENT | ) | Adv. Proc. No. 20-5073 |
| CORPORATION, FEDLOAN SERVICING, | ) | |
| EDUCATIONAL COMPUTER SYSTEMS, | ) | |
| INC, R3 EDUCATION INC, FIRSTMARK | ) | |
| SERVICES, CITIZENS ONE, TAB BANK, | ) | |
| LIBERTY BANK nka THE MIDDLEFIELD | ) | |
| BANKING COMPANY, FCDB NPSL III | ) | |
| TRUST 2014-1, AND CORONADO STUDENT | ) | |
| LOAN TRUST | ) | |
| Defendants. | ) | |

## **PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES**

Pursuant to F.R.C.P. 26(a)(1) and this Court's Order Adopting Report of Parties'

Planning Meeting entered on September 22, 2020, the Plaintiffs, by and through counsel January

M. Bailey, make the following initial disclosures:

**26(a)(1)(A)(i)** – the name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:
  1. Paris Edward Thomas Loyle, the Plaintiff.  His current address is 15213 E Stratford

     Street, Wichita, Kansas, 67230.  He may be contacted through counsel, January M.

Bailey, at the address and phone number below. He has information regarding his student loans and the undue hardship that would be caused by not discharging the loans.

2. Katherine Christine Loyle, the Plaintiff. She is the wife of Paris Loyle and her information and testimony is the same.

3. Individuals referenced by the Defendants.

**26(a)(1)(A)(ii)** – a copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:
1. The Plaintiffs have produced all of the documents they intend to use in the Responses to Discovery Requests that were produced on July 9, 2020. Those documents may be supplemented with updated documents as requested and provided (i.e. updated bank statements, paystubs, tax returns).

2. All documents provided by Defendants.

**26(a)(1)(A)(iii)** – a computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered: N/A

**26(a)(1)(A)(iv)** – for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment: N/A

*The Plaintiff and counsel reserve the right to supplement these disclosures as needed or as required by the F.R.C.P.*

Respectfully Submitted:

PRELLE ERON & BAILEY, P.A.
Attorney for Plaintiffs

*s/ January M. Bailey*
January M. Bailey, #23926
301 N. Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2020, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

By: *s/ January M. Bailey*
January M. Bailey