IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
PARIS EDWARD THOMAS LOYLE, )            Case No. 19-10065
AND KATHERINE CHRISTINE LOYLE, )        Chapter 7
)
     Debtors. )
)
_____)
)
PARIS EDWARD THOMAS LOYLE, )
AND KATHERINE CHRISTINE LOYLE, )
)
     Plaintiffs, )
vs. )                                   Adversary No. 20-5073
)
U.S. DEPARTMENT OF EDUCATION, )
et al., )
     Defendants. )
)

**NOTICE OF SERVICE OF**
**UNITED STATES DEPARTMENT OF EDUCATION'S**
**RULE 26(a) INITIAL DISCLOSURES**

     Defendant, United States of America, hereby notifies the Court that it has complied with

Fed. R. Civ. P. 26(a)(1) by providing UNITED STATES OF AMERICA'S RULE 26(a) INITIAL

DISCLOSURES, together with documents bates numbered Loyle_P_00001-00647 and

Loyle_K_00001-00517, on December 10, 2020, served through USAFx (DOJ's cloud based file

sharing system) to January Bailey, Attorney for Plaintiffs at january@eronlaw.net and David

Gellis, Attorney for Navient Solutions, LLC at dgellis@mslawkc.com.

     .

2

Respectfully submitted,


s/ Brian D. Sheern
BRIAN D. SHEERN
Assistant United States Attorney
301 N. Main, Suite 1200
Wichita, KS 67202
Tele: 316-269-6481
Fax: 316-269-6484
Brian.Sheern@usdoj.gov
Ks S.Ct.No. 21479
*Attorney for Defendant United States*
*Department Of Education*