Form oFRCP26AP  (Revised 04/05/2006)

**United States Bankruptcy Court – District of Kansas**
167 US Courthouse
401 North Market
Wichita, KS 67202

| | |
|---|---|
| In Re: Paris Edward Thomas Loyle and Katherine Christine Loyle<br>Debtor | Case No.: 19–10065<br>Chapter 7 |
| Loyle et al v. United States Department of Education et al | Adv. Proc. No. 20–05073 |

| Entered By The Court<br>1/26/21 | ORDER ADOPTING REPORT OF PARTIES' PLANNING MEETING<br>AND SETTING STATUS CONFERENCE | Filed By The Court<br>1/26/21<br>David D. Zimmerman<br>Clerk of Court<br>US Bankruptcy Court |
|---|---|---|

The following pleading was filed in this matter. The Court finds same to be appropriate for this matter and the schedule set forth in the Report is hereby adopted as an order of this Court.

*1* – Adversary case 20–05073. Complaint by January M Bailey on behalf of Paris Edward Thomas Loyle, Katherine Christine Loyle against United States Department of Education, Navient Solutions LLC, Educational Credit Management Corporation, FedLoan Servicing, Educational Computer Systems, Inc, R3 Education Inc, FirstMark Services, Citizens One, TAB Bank, American Education Services. Receipt Number waived, Fee Amount $350 Nature(s) of Suit: (63 (Dischargeability – 523(a)(8), student loan)) (Attachments: # 1 Supplement Adversary Proceeding Cover Sheet) (Bailey, January)

**The Pretrial Order, if required, shall be submitted by the date set forth in the Report, failing which, the parties will be required to appear at a Status Conference at:**

**US Courthouse, 401 North Market Room 150, Wichita, KS 67202**

**on 4/15/21 at 11:00 AM**

**AMENDED To Set Matter For Status Conference if Pretrial Order is not Submitted by 3/26/2021 Deadline.**

It is so ORDERED.

| | |
|---|---|
| Document 104 – 1 | s/ Mitchell L. Herren<br>United States Bankruptcy Judge |