IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| PARIS EDWARD THOMAS LOYLE | ) | Case No. | 19-10065 |
| KATHERINE CHRISTINE LOYLE, | ) | Chapter | 7 |
| | ) | | |
| Debtors. | ) | | |
| | ) | | |
| PARIS EDWARD THOMAS LOYLE AND | ) | | |
| KATHERINE CHRISTINE LOYLE, | ) | | |
| Plaintiffs | ) | | |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| UNITED STATES DEPARTMENT OF | ) | | |
| EDUCATION, NAVIENT SOLUTIONS LLC, | ) | | |
| EDUCATIONAL CREDIT MANAGEMENT | ) | Adv. Proc. No. 20-5073 | |
| CORPORATION, FEDLOAN SERVICING, | ) | | |
| EDUCATIONAL COMPUTER SYSTEMS, INC, | ) | | |
| R3 EDUCATION INC, FIRSTMARK | ) | | |
| SERVICES, CITIZENS ONE, TAB BANK, | ) | | |
| LIBERTY BANK nka THE MIDDLEFIELD | ) | | |
| BANKING COMPANY, FCDB NPSL III TRUST | ) | | |
| 2014-1, AND CORONADO STUDENT LOAN | ) | | |
| TRUST | ) | | |
| Defendants. | ) | | |

**PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY REQUESTS TO DEFENDANT NAVIENT SOLUTIONS, LLC**

Plaintiffs, by and through counsel January Bailey, certifies to the Court that Plaintiffs' First Interrogatories and First Request for Production of Documents to Defendant Navient Solutions, LLC were emailed to David Gellis on February 1, 2021. Paper copies were also mailed, first class and postage prepaid, to:

Manz, Swanson, Hall, Fogarty & Gellis, P.C.
David A. Gellis
1100 Main Street, Ste 1930
Kansas City, MO 64105

1

Respectfully Submitted:

PRELLE ERON & BAILEY, P.A.
Attorney for Plaintiffs

   s/ *January M. Bailey*
January M. Bailey, #23926
301 N. Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2021, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

By:    *s/ January M. Bailey*
        January M. Bailey

2

Case 20-05073    Doc# 105    Filed 02/01/21    Page 2 of 2