IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE, | ) | Case No. 19-10065 |
| KATHERINE CHRISTINE LOYLE, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE, | ) | |
| KATHERINE CHRISTINE LOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adversary No. 20-5073 |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| NAVIENT SOLUTIONS, LLC, | ) | |
| EDUCATIONAL COMPUTER | ) | |
| SYSTEMS, INC., R3 EDUCATION INC. | ) | |
| FCDB NPSL III TRUST 2014-1, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF DEPOSITION

**TO:**      **All Interested Parties**

**PLACE OF DEPOSITION:**      **Office of U.S. Attorney**
**301 N. Main, Suite 1200**
**Wichita, KS 67202**

**DATE AND TIME OF DEPOSITION:**      **Monday, March 8, 2021**
**10:30 a.m.**

**WITNESS TO BE DEPOSED:**      **Paris Edward Thomas Loyle**

    Pursuant to Fed. R. Civ. P. 30(b), please take notice that Defendant will take the deposition

of Paris Loyle, at the above-stated place on Monday, March 8, 2021, beginning at 10:30 a.m.,

before a certified shorthand reporter.  If not completed that day, this deposition will be continued

at a later date, at the same place, during regular business hours, until completed.

                                      Respectfully submitted,

                                      s/ Brian D. Sheern
                                      BRIAN D. SHEERN
                                      Assistant United States Attorney
                                      301 N. Main, Suite 1200
                                      Wichita, KS  67202
                                      Tele:   316-269-6481
                                      Fax:    316-269-6484
                                      Brian.Sheern@usdoj.gov
                                      Ks S.Ct.No. 21479
                                      *Attorney for Defendant United States*
                                      *Department Of Education*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 2, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to the following:

| | |
|---|---|
| January M. Bailey | Gregory M. Taube |
| Eron Law, P.A. | Nelson Mullins Riley & Scarborough, LLP |
| 301 N. Main, Suite 2000 | 201 17th Street, NW, Suite 1700 |
| Wichita, KS  67202 | Atlanta, GA  30363 |
| E-mail:  january@eronlaw.net | *Attorneys for Defendants* |
| *Attorney for Plaintiffs* | *Educational Computer Systems, Inc. and R3 Education, Inc.* |

| | |
|---|---|
| David Alan Gellis<br>Manz Swanson Hall Fogarty & Gellis<br>1100 Main St Ste 1930<br>Kansas City, MO 64105<br>*Attorney for Navient Solutions, LLC* | FCDB NPSL III Trust 2014-1<br>c/o The Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801<br>*Pro Se Defendant* |

s/ Brian D. Sheern
BRIAN D. SHEERN
Assistant United States Attorney