IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE, | ) | Case No. 19-10065 |
| KATHERINE CHRISTINE LOYLE, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| PARIS EDWARD THOMAS LOYLE, | ) | |
| KATHERINE CHRISTINE LOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adversary No. 20-5073 |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| NAVIENT SOLUTIONS, LLC, | ) | |
| EDUCATIONAL COMPUTER | ) | |
| SYSTEMS, INC., R3 EDUCATION INC. | ) | |
| FCDB NPSL III TRUST 2014-1, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF DEPOSITION

**TO:** All Interested Parties

**PLACE OF DEPOSITION:** Office of U.S. Attorney
301 N. Main, Suite 1200
Wichita, KS 67202

**DATE AND TIME OF DEPOSITION:** Monday, March 8, 2021
10:30 a.m.

**WITNESS TO BE DEPOSED:** Katherine Christine Loyle

    Pursuant to Fed. R. Civ. P. 30(b), please take notice that Defendant will take the deposition of Katherine Loyle, at the above-stated place on Monday, March 8, 2021, beginning immediately following the deposition of Paris Loyle at 10:30 a.m., before a certified shorthand reporter. If not

In the United States Bankruptcy Court
*Paris and Katherine Loyle v. United States Department of Education, et al.*
Adversary No. 20-5073
Notice of Deposition
Page 2

completed that day, this deposition will be continued at a later date, at the same place, during

regular business hours, until completed.

          Respectfully submitted,

          s/ Brian D. Sheern
          BRIAN D. SHEERN
          Assistant United States Attorney
          301 N. Main, Suite 1200
          Wichita, KS 67202
          Tele: 316-269-6481
          Fax: 316-269-6484
          Brian.Sheern@usdoj.gov
          Ks S.Ct.No. 21479
          *Attorney for Defendant United States*
          *Department Of Education*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 2, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to the following:

| | |
|---|---|
| January M. Bailey | Gregory M. Taube |
| Eron Law, P.A. | Nelson Mullins Riley & Scarborough, LLP |
| 301 N. Main, Suite 2000 | 201 17th Street, NW, Suite 1700 |
| Wichita, KS 67202 | Atlanta, GA 30363 |
| E-mail: january@eronlaw.net | *Attorneys for Defendants* |
| *Attorney for Plaintiffs* | *Educational Computer Systems, Inc. and* |
| | *R3 Education, Inc.* |

In the United States Bankruptcy Court
*Paris and Katherine Loyle v. United States Department of Education, et al.*
Adversary No. 20-5073
Notice of Deposition
Page 3

| | |
|---|---|
| David Alan Gellis | FCDB NPSL III Trust 2014-1 |
| Manz Swanson Hall Fogarty & Gellis | c/o The Corporation Trust Co. |
| 1100 Main St Ste 1930 | 1209 Orange Street |
| Kansas City, MO 64105 | Wilmington, DE  19801 |
| *Attorney for Navient Solutions, LLC* | *Pro Se Defendant* |

        s/ Brian D. Sheern
        BRIAN D. SHEERN
        Assistant United States Attorney