# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
### Wichita Division

| | |
|---|---|
| In re: ) | |
| ) | Bankr. Case No.: 19-10065 |
| PARIS EDWARD THOMAS LOYLE and ) | |
| KATHERINE CHRISTINE LOYLE, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| PARIS EDWARD THOMAS LOYLE and ) | Adv. Proc. No.: 20-05073 |
| KATHERINE CHRISTINE LOYLE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| EDUCATION, NAVIENT SOLUTIONS, LLC, ) | |
| EDUCATIONAL CREDIT MANAGEMENT ) | |
| CORPORATION, FEDLOAN SERVICING, ) | |
| EDUCATIONAL COMPUTER SYSTEMS, INC., ) | |
| R3 EDUCATION, INC, FIRSTMARK ) | |
| SERVICES, CITIZENS ONE, TAB BANK and ) | |
| AMERICAN EDUCATION SERVICES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I am over 18 years of age and not a party to the matter concerning which service was accomplished. I further certify that on the 4th day of March, 2021, I served via email, a true and correct copy of the following documents, as well as the responsive documents:

**NAVIENT SOLUTIONS, LLC'S RESPONSE TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES**

**NAVIENT SOLUTIONS, LLC'S RESPONSE TO
PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

**VERIFICATION OF NAVIENT SOLUTIONS, LLC'S RESPONSES TO PLAINTIFF'S
FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION
OF DOCUMENTS**

upon the following persons via email:

January M. Bailey
301 N. Main, Ste. 2000
Wichita, KS  67202
january@eronlaw.net


By:     _/s/ David A. Gellis_____
David A. Gellis,        KS Bar #78310
Manz, Swanson, Hall, Fogarty & Gellis, P.C.
Lightwell
1100 Main Street, Suite 1930
Kansas City, MO  64105
Telephone: (816) 472-5310
Facsimile: (816) 472-5320
Email: dgellis@mslawkc.com
Attorneys for Navient Solutions, LLC