IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

Paris Edward Thomas Loyle
Katherine Christine Loyle                    Case Number 19-10065-7
      Debtor(s)

---

Paris Edgward Thomas Loyle and
Katherine Christine Loyle
      Plaintiff(s),
  -vs-                                    Adv. No. 20-5073

United State Department of Education,
et al
      Defendant(s).

---

## NOTICE OF EVIDENTIARY HEARING

**NOTICE IS HEREBY GIVEN** that an Evidentiary Hearing to consider and act upon **Debtors' Complaint to Determine Discharge of Student Loans**, and the **Answer of United States Department of Education and Answer of Navient Solutions LLC** thereto, will be held before the U. S. Bankruptcy Court, 401 N. Market, Room 150 , Wichita, Kansas 67202 on:

**May 18, 2021 @ 9:00 am**

***THIS CASE IS BEING SET ON A TWO (2) DAY STACKING TRIAL DOCKET WITH OTHER EVIDENTIARY MATTERS SCHEDULED TO BEGIN ON THE SAME DATE AND TIME. IN THE EVENT OF SETTLEMENT PRIOR TO TRIAL, PLEASE CONTACT ANNETTE ALBRIGHT OR MARNIE BOURBONNAIS AT THE BANKRUPTCY CLERK'S OFFICE***

Dated: April 5, 2021
                                          s/ Mitchell L. Herren
                                          Mitchell L. Herren
                                          U. S. Bankruptcy Judge