IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re:<br><br>PARIS EDWARD THOMAS LOYLE and KATHERINE CHRISTINE LOYLE,<br><br>Debtors | Case No. 19-10065-MLH<br>Chapter 7 |
| PARIS EDWARD THOMAS LOYLE and KATHERINE CHRISTINE LOYLE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | Adv. Case No. 20-05073-MLH |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Christopher Miles of Husch Blackwell LLP hereby enters his appearance on behalf of the FirstMark Services and requests that all notices given or required to be given pursuant to Bankruptcy Rules 2002 and 9007 or otherwise, including, but not limited to notices, applications, motions, petitions, orders, pleadings, complaints for demands, be given to and served upon the undersigned as well as to FirstMark Services ("FirstMark").

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive: (i) FirstMark's right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) FirstMark's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) FirstMark's right

to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which FirstMark is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments FirstMark expressly reserves. Furthermore, FirstMark does not consent to the entry of final orders for which the Bankruptcy Court does not have Constitutional authority as described in *Stern v. Marshall*, 564 U.S. 462, 131 S. Ct. 2594, 180 L. Ed. 2d 475 (2011).

Date: April 5, 2021

Respectfully submitted:

HUSCH BLACKWELL LLP

*s/ Christopher Miles*
CHRISTOPHER MILES, KS #25562
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: 816-983-8000
Facsimile: 816-983-8080
Christopher.Miles@huschblackwell.com

*Attorneys for FirstMark Services*

## CERTIFICATE OF SERVICE

I hereby certify that the above Entry of Appearance and Request for Notices was electronically filed with the Clerk of the United States Bankruptcy Court for the District of Kansas on April 5, 2021, and was served upon the Office of the United States Trustee, Debtors' Counsel and all parties receiving CM/ECF notification in this matter, as evidenced by the receipt generated at the time of filing.

*s/ Christopher Miles*
CHRISTOPHER MILES