# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | Case No. 19-10065 |
| PARIS EDWARD THOMAS LOYLE and ) | Chapter 7 |
| KATHERINE CHRISTINE LOYLE, ) | |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | |
| PARIS EDWARD THOMAS LOYLE ) | |
| and KATHERINE CHRISTINE LOYLE, ) | |
| ) | Case No. 20-05073 |
| Plaintiffs ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| EDUCATION, et al., ) | |
| _____ ) | |

## MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT

Firstmark Services ("Firstmark"), by and through counsel, hereby moves the Court to set aside the entry of default [Doc.# 64] and default judgment [Doc.# 68] entered against it in this matter. In support thereof, Firstmark relies on its memorandum in support filed contemporaneously herewith, and Declaration of Kimberlee Hartman, and the entire record herein.

WHEREFORE, Firstmark Services respectfully requests that the Court enter an order setting aside the default judgment and default entered against it and giving it seven (7) days from entry of such order to file a motion to dismiss; and granting any other and further relief that is just and proper.

1

HB: 4824-0478-3796.1

Case 20-05073    Doc# 113    Filed 04/05/21    Page 1 of 2

Dated: April 5, 2021.                    Respectfully submitted:

                                          HUSCH BLACKWELL LLP

                                          *s/ Christopher Miles*
                                          CHRISTOPHER MILES, KS #25562
                                          4801 Main Street, Suite 1000
                                          Kansas City, MO 64112
                                          Telephone:  816-983-8000
                                          Facsimile:   816-983-8080
                                          Christopher.Miles@huschblackwell.com

                                          *Attorneys for FirstMark Services*

## CERTIFICATE OF SERVICE

I hereby certify that the above Motion was electronically filed with the Clerk of the United States Bankruptcy Court for the District of Kansas on April 5, 2021, and was served upon the Office of the United States Trustee, Debtors' Counsel and all parties receiving CM/ECF notification in this matter, as evidenced by the receipt generated at the time of filing.

                                          *s/ Christopher Miles*
                                          CHRISTOPHER MILES