# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>PARIS EDWARD THOMAS LOYLE and<br>KATHERINE CHRISTINE LOYLE,<br><br>Debtors. | Case No. 19-10065<br>Chapter 7 |
| PARIS EDWARD THOMAS LOYLE<br>and KATHERINE CHRISTINE LOYLE,<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF<br>EDUCATION, et al.,<br><br>Defendants. | Case No. 20-05073 |

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before April 29, 2021, the Court will enter an order prepared and submitted by the movant within fourteen (14) days of the objection deadline and no hearing will be held.

If you file a timely objection, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 150, Kansas City, KS 66101, on May 13, 2021, at 9:00 a.m., or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order, in advance, signed by all parties or their counsel.

1

HB: 4843-9489-9172.1

Dated: April 7, 2021.                    Respectfully submitted:

HUSCH BLACKWELL LLP

*s/ Christopher Miles*
CHRISTOPHER MILES, KS #25562
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: 816-983-8000
Facsimile: 816-983-8080
Christopher.Miles@huschblackwell.com

*Attorneys for FirstMark Services*

## CERTIFICATE OF SERVICE

I hereby certify that the above Notice was electronically filed with the Clerk of the United States Bankruptcy Court for the District of Kansas on April 7, 2021, and was served upon the Office of the United States Trustee, Debtors' Counsel and all parties receiving CM/ECF notification in this matter, as evidenced by the receipt generated at the time of filing.

*s/ Christopher Miles*
CHRISTOPHER MILES