# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

**IN RE**:

Paris Edward Thomas Loyle
Katherine Christine Loyle     Case Number 19-10065-7
      **Debtor(s)**

Paris Edgward Thomas Loyle and
Katherine Christine Loyle
      **Plaintiff(s),**

  **-vs-**     Adv. No. 20-5073

United State Department of Education,
et al
      **Defendant(s).**

## NOTICE OF EVIDENTIARY HEARING

**NOTICE IS HEREBY GIVEN** that an Evidentiary Hearing to consider and act upon **Debtors' Complaint to Determine Discharge of Student Loans**, and the **Answer of United States Department of Education and Answer of Navient Solutions LLC** thereto, will be held before the U. S. Bankruptcy Court, 401 N. Market, Room 150 , Wichita, Kansas 67202 on:

### May 18, 2021 @ 9:00 am

**\*\*\*THIS CASE IS BEING SET ON A TWO (2) DAY STACKING TRIAL DOCKET WITH OTHER EVIDENTIARY MATTERS SCHEDULED TO BEGIN ON THE SAME DATE AND TIME. IN THE EVENT OF SETTLEMENT PRIOR TO TRIAL, PLEASE CONTACT ANNETTE ALBRIGHT OR MARNIE BOURBONNAIS
AT THE BANKRUPTCY CLERK'S OFFICE\*\*\***

Dated: April 5, 2021        s/ Mitchell L. Herren
                                           Mitchell L. Herren
                                           U. S. Bankruptcy Judge

United States Bankruptcy Court
District of Kansas

Loyle,
    Plaintiff

United States Department of Education,
    Defendant

Adv. Proc. No. 20-05073-MLH

# CERTIFICATE OF NOTICE

District/off: 1083-6     User: admin     Page 1 of 2
Date Rcvd: Apr 05, 2021     Form ID: pdf020     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Katherine Christine Loyle, 15213 E Stratford St, Wichita, KS 67230-6640 |
| pla | + | Paris Edward Thomas Loyle, 15213 E Stratford St, Wichita, KS 67230-6640 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion20.wi.ecf@usdoj.gov | Apr 05 2021 21:01:00 | U.S. Trustee, Office of the United States Trustee, 301 North Main Suite 1150, Wichita, KS 67202-4811 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 07, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2021 at the address(es) listed below:

**Name**     **Email Address**

Brian D Sheern
    on behalf of Defendant United States Department of Education brian.sheern@usdoj.gov
    michelle.lies@usdoj.gov;phyllis.creed@usdoj.gov;CaseView.ECF@usdoj.gov

David Alan Gellis
    on behalf of Defendant Navient Solutions LLC dgellis@mslawkc.com   ccariani@mslawkc.com

January M Bailey
        on behalf of Plaintiff Katherine Christine Loyle january@eronlaw.net notices2@eronlaw.net

January M Bailey
        on behalf of Plaintiff Paris Edward Thomas Loyle january@eronlaw.net notices2@eronlaw.net

TOTAL: 4