# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1083–6 | User: admin | Date Created: 5/4/2021 |
| Case: 20–05073 | Form ID: pdf020 | Total: 3 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Brian D Sheern | brian.sheern@usdoj.gov |
| aty | David Alan Gellis | dgellis@mslawkc.com |
| aty | January M Bailey | january@eronlaw.net |

TOTAL: 3