# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | Case No. 19-10065 |
| ) | Chapter 7 |
| PARIS EDWARD THOMAS LOYLE and ) | |
| KATHERINE CHRISTINE LOYLE, ) | |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| PARIS EDWARD THOMAS LOYLE ) | |
| and KATHERINE CHRISTINE LOYLE, ) | |
| ) | Case No. 20-05073 |
| Plaintiffs ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| EDUCATION, et al., ) | |

## JOINT MOTION TO ENTER STIPLUATED ORDER

COME NOW Plaintiffs Paris Edward Thomas Loyle and Katherine Christine Loyle and Defendant Firstmark Services, by and through their respective counsel, and jointly move this Court to enter the Stipulated Order setting aside the default and default judgment against Firstmark Services and dismissing Firstmark Services from this case, submitted herewith.

Dated: May 6, 2021.                                     Respectfully submitted:

                                                                                                                 HUSCH BLACKWELL LLP

                                                                                                                  *s/ Christopher Miles*
                                                                                                                  CHRISTOPHER MILES, KS #25562
                                                                                                                  4801 Main Street, Suite 1000
                                                                                                                  Kansas City, MO 64112
                                                                                                                  Telephone: 816-983-8000
                                                                                                                  Facsimile: 816-983-8080
                                                                                                                  Christopher.Miles@huschblackwell.com

                                                                                                                  *Attorneys for FirstMark Services*

1

PRELLE ERON & BAILEY, P.A.

s/ *January M. Bailey*
January M. Bailey, #23926
301 N. Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that the above Motion was electronically filed with the Clerk of the United States Bankruptcy Court for the District of Kansas on May 6, 2021, and was served upon the Office of the United States Trustee, Debtors' Counsel and all parties receiving CM/ECF notification in this matter, as evidenced by the receipt generated at the time of filing.

*s/ Christopher Miles*
CHRISTOPHER MILES