**SO ORDERED.**

**SIGNED this 6th day of May, 2021.**



Mitchell L. Herren
United States Bankruptcy Judge

___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | Case No. 19-10065 |
| PARIS EDWARD THOMAS LOYLE and ) | Chapter 7 |
| KATHERINE CHRISTINE LOYLE, ) | |
| ) | |
| Debtors. ) | |
| ) | |
| PARIS EDWARD THOMAS LOYLE ) | |
| and KATHERINE CHRISTINE LOYLE, ) | |
| ) | Case No. 20-05073 |
| Plaintiffs ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| EDUCATION, et al., ) | |

## ORDER SETTING ASIDE DEFAULT AND DEFAULT JUDGMENT

This matter comes before the Court by way of Defendant Firstmark Services' Motion to Set Aside the Default and Default Judgment (the "Motion"). The Court, having reviewed the Motion; finding that notice of the Motion was properly given and no parties having timely objected, and good and sufficient cause appearing therefore,

1

HB: 4837-0345-4183.2

Case 20-05073    Doc# 120    Filed 05/06/21    Page 1 of 3

IT IS ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Default entered against Firstmark Services on June 17, 2020 [Doc.# 64] is hereby set aside; and it is further

ORDERED, that the Default Judgment entered against Firstmark Services on June 17, 2020 [Doc.# 69] is hereby set aside; and it is further

ORDERED, that Firstmark Services is given (7) days from entry of this order to file a responsive pleading to the Complaint.

IT IS SO ORDERED.

# # #

**SUBMITTED BY**:

HUSCH BLACKWELL LLP

*s/ Christopher Miles*
CHRISTOPHER MILES, KS #25562
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: 816-983-8000
Facsimile: 816-983-8080
Christopher.Miles@huschblackwell.com

*Attorneys for FirstMark Services*