**SO ORDERED.**

**SIGNED this 6th day of May, 2021.**



Mitchell L. Herren
United States Bankruptcy Judge

---

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-10065 |
| PARIS EDWARD THOMAS LOYLE and KATHERINE CHRISTINE LOYLE, | ) ) ) | Chapter 7 |
| Debtors. | ) ) | |
| PARIS EDWARD THOMAS LOYLE and KATHERINE CHRISTINE LOYLE, | ) ) ) ) | Case No. 20-05073 |
| Plaintiffs | ) ) | |
| vs. | ) ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | ) ) ) ) | |

## STIPULATED ORDER SETTING ASIDE DEFAULT AND DEFAULT JUDGMENT AND DISMISSING FIRSTMARK SERVICES AS A DEFENDANT

This matter comes before the Court by way of Plaintiffs Paris Edward Thomas Loyle and Katherine Christine Loyle and Defendant Firstmark Services' Joint Motion to enter the Stipulated Order setting aside the default and default judgment against Firstmark Services and dismissing

1

HB: 4840-0299-6710.2

Case 20-05073    Doc# 121    Filed 05/06/21    Page 1 of 3

United States Bankruptcy Court, District of Kansas
Paris and Katherine Loyle v. United States Dept. of Education, et al.
Case No. 20-05073, Chapter 7 Adversary
Stipulated Order Setting Aside Default and Default Judgment and Dismissing
Firstmark Services as a Defendant
Page 2

Firstmark Services from this case (the "Motion"). The Court, having reviewed the Motion; having been advised that the parties have agreed to the relief set forth herein and form of this Order; finding that notice of the Motion was properly given, and good and sufficient cause appearing therefore, the Court finds that Firstmark Services is solely the servicer of the loan owned by RBS Citizens, N.A., and no debt was owed to Firstmark Services. Therefore:

    IT IS ORDERED, that the Default entered against Firstmark Services on June 17, 2020 [Doc.# 64] is hereby set aside; and it is further

    ORDERED, that the Default Judgment entered against Firstmark Services on June 18, 2020 [Doc.# 67] is hereby set aside; and it is further

    ORDERED, that the Firstmark Services is bound by the discharge injunction with respect to the default judgment of non-dischargeability entered against RBS Citizens, N.A. d/b/a Charter One; and it is further

    ORDERED, that Firstmark is dismissed as a party defendant in this proceeding.

                      IT IS SO ORDERED.

                                ###

United States Bankruptcy Court, District of Kansas
Paris and Katherine Loyle v. United States Dept. of Education, et al.
Case No. 20-05073, Chapter 7 Adversary
Stipulated Order Setting Aside Default and Default Judgment and Dismissing
Firstmark Services as a Defendant
Page 3

**SUBMITTED BY**:

HUSCH BLACKWELL LLP

*s/ Christopher Miles*
CHRISTOPHER MILES, KS #25562
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: 816-983-8000
Facsimile: 816-983-8080
Christopher.Miles@huschblackwell.com

*Attorneys for FirstMark Services*

PRELLE ERON & BAILEY, P.A.
Attorney for Plaintiffs

*s/ January M. Bailey*
January M. Bailey, #23926
301 N. Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net