**SO ORDERED.**

**SIGNED this 6th day of May, 2021.**



Mitchell L. Herren
United States Bankruptcy Judge

---

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE: ) Case No. 19-10065
) Chapter 7
PARIS EDWARD THOMAS LOYLE and )
KATHERINE CHRISTINE LOYLE, )
)
Debtors. )

---

PARIS EDWARD THOMAS LOYLE )
and KATHERINE CHRISTINE LOYLE, )
)
) Case No. 20-05073
Plaintiffs )
)
vs. )
)
UNITED STATES DEPARTMENT OF )
EDUCATION, et al., )

## ORDER SETTING ASIDE DEFAULT AND DEFAULT JUDGMENT

This matter comes before the Court by way of Defendant Firstmark Services' Motion to Set Aside the Default and Default Judgment (the "Motion"). The Court, having reviewed the Motion; finding that notice of the Motion was properly given and no parties having timely objected, and good and sufficient cause appearing therefore,

1

IT IS ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Default entered against Firstmark Services on June 17, 2020 [Doc.# 64] is hereby set aside; and it is further

ORDERED, that the Default Judgment entered against Firstmark Services on June 17, 2020 [Doc.# 69] is hereby set aside; and it is further

ORDERED, that Firstmark Services is given (7) days from entry of this order to file a responsive pleading to the Complaint.

IT IS SO ORDERED.

# # #

**SUBMITTED BY**:

HUSCH BLACKWELL LLP

*s/ Christopher Miles*
CHRISTOPHER MILES, KS #25562
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: 816-983-8000
Facsimile: 816-983-8080
Christopher.Miles@huschblackwell.com

*Attorneys for FirstMark Services*

United States Bankruptcy Court
District of Kansas

Loyle,
    Plaintiff

Adv. Proc. No. 20-05073-MLH

United States Department of Education,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 1083-6     User: admin     Page 1 of 2
Date Rcvd: May 06, 2021     Form ID: pdf020ap     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
|  | + Christopher Miles, Attorney for First Mark Services, 4801 Main Street Suite 1000, Kansas City MO 64112-2551 |
| pla | + Katherine Christine Loyle, 15213 E Stratford St, Wichita, KS 67230-6640 |
| pla | + Paris Edward Thomas Loyle, 15213 E Stratford St, Wichita, KS 67230-6640 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion20.wi.ecf@usdoj.gov | May 06 2021 20:43:00 | U.S. Trustee, Office of the United States Trustee, 301 North Main Suite 1150, Wichita, KS 67202-4811 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:

**Name**     **Email Address**

Brian D Sheern
    on behalf of Defendant United States Department of Education brian.sheern@usdoj.gov michelle.lies@usdoj.gov;phyllis.creed@usdoj.gov;CaseView.ECF@usdoj.gov

Christopher C Miles
    on behalf of Defendant FirstMark Services christopher.miles@huschblackwell.com

David Alan Gellis
    on behalf of Defendant Navient Solutions LLC dgellis@mslawkc.com ccariani@mslawkc.com

January M Bailey
    on behalf of Defendant FirstMark Services january@eronlaw.net prelleeronbailey@gmail.com

January M Bailey
    on behalf of Plaintiff Katherine Christine Loyle january@eronlaw.net prelleeronbailey@gmail.com

January M Bailey
    on behalf of Plaintiff Paris Edward Thomas Loyle january@eronlaw.net prelleeronbailey@gmail.com

TOTAL: 6