**SO ORDERED.**

**SIGNED this 6th day of May, 2021.**



Mitchell L. Herren
United States Bankruptcy Judge

___

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | Case No. 19-10065 |
| PARIS EDWARD THOMAS LOYLE and ) | Chapter 7 |
| KATHERINE CHRISTINE LOYLE, ) | |
| ) | |
| Debtors. ) | |
| ) | |
| PARIS EDWARD THOMAS LOYLE ) | |
| and KATHERINE CHRISTINE LOYLE, ) | |
| ) | Case No. 20-05073 |
| Plaintiffs ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| EDUCATION, et al., ) | |

### STIPULATED ORDER SETTING ASIDE DEFAULT AND DEFAULT JUDGMENT AND DISMISSING FIRSTMARK SERVICES AS A DEFENDANT

This matter comes before the Court by way of Plaintiffs Paris Edward Thomas Loyle and Katherine Christine Loyle and Defendant Firstmark Services' Joint Motion to enter the Stipulated Order setting aside the default and default judgment against Firstmark Services and dismissing

1

HB: 4840-0299-6710.2

Case 20-05073    Doc# 123    Filed 05/09/21    Page 1 of 5

United States Bankruptcy Court, District of Kansas
Paris and Katherine Loyle v. United States Dept. of Education, et al.
Case No. 20-05073, Chapter 7 Adversary
Stipulated Order Setting Aside Default and Default Judgment and Dismissing
Firstmark Services as a Defendant
Page 2

Firstmark Services from this case (the "Motion"). The Court, having reviewed the Motion; having been advised that the parties have agreed to the relief set forth herein and form of this Order; finding that notice of the Motion was properly given, and good and sufficient cause appearing therefore, the Court finds that Firstmark Services is solely the servicer of the loan owned by RBS Citizens, N.A., and no debt was owed to Firstmark Services. Therefore:

IT IS ORDERED, that the Default entered against Firstmark Services on June 17, 2020 [Doc.# 64] is hereby set aside; and it is further

ORDERED, that the Default Judgment entered against Firstmark Services on June 18, 2020 [Doc.# 67] is hereby set aside; and it is further

ORDERED, that the Firstmark Services is bound by the discharge injunction with respect to the default judgment of non-dischargeability entered against RBS Citizens, N.A. d/b/a Charter One; and it is further

ORDERED, that Firstmark is dismissed as a party defendant in this proceeding.

IT IS SO ORDERED.

###

United States Bankruptcy Court, District of Kansas
Paris and Katherine Loyle v. United States Dept. of Education, et al.
Case No. 20-05073, Chapter 7 Adversary
Stipulated Order Setting Aside Default and Default Judgment and Dismissing
Firstmark Services as a Defendant
Page 3

**SUBMITTED BY**:

HUSCH BLACKWELL LLP

*s/ Christopher Miles*
CHRISTOPHER MILES, KS #25562
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: 816-983-8000
Facsimile: 816-983-8080
Christopher.Miles@huschblackwell.com

*Attorneys for FirstMark Services*

PRELLE ERON & BAILEY, P.A.
Attorney for Plaintiffs

   *s/ January M. Bailey*
January M. Bailey, #23926
301 N. Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

3

HB: 4840-0299-6710.2

Loyle,
    Plaintiff

Adv. Proc. No. 20-05073-MLH

United States Department of Education,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 1083-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 07, 2021 | Form ID: pdf020ap | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Christopher Miles, Attorney for FirstMark Services, 4801 Main Street Suite 1000, Kansas City MO 64112-2551 |
| pla | + | Katherine Christine Loyle, 15213 E Stratford St, Wichita, KS 67230-6640 |
| pla | + | Paris Edward Thomas Loyle, 15213 E Stratford St, Wichita, KS 67230-6640 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion20.wi.ecf@usdoj.gov | May 07 2021 20:28:00 | U.S. Trustee, Office of the United States Trustee, 301 North Main Suite 1150, Wichita, KS 67202-4811 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian D Sheern | |
| | on behalf of Defendant United States Department of Education brian.sheern@usdoj.gov michelle.lies@usdoj.gov;phyllis.creed@usdoj.gov;CaseView.ECF@usdoj.gov |
| Christopher C Miles | |
| | on behalf of Defendant FirstMark Services christopher.miles@huschblackwell.com |

David Alan Gellis
　　　　　　　on behalf of Defendant Navient Solutions LLC dgellis@mslawkc.com　ccariani@mslawkc.com

January M Bailey
　　　　　　　on behalf of Defendant FirstMark Services january@eronlaw.net　prelleeronbailey@gmail.com

January M Bailey
　　　　　　　on behalf of Plaintiff Katherine Christine Loyle january@eronlaw.net　prelleeronbailey@gmail.com

January M Bailey
　　　　　　　on behalf of Plaintiff Paris Edward Thomas Loyle january@eronlaw.net　prelleeronbailey@gmail.com

TOTAL: 6