U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
5/13/2021 @ 09:00 AM
Telephonic Hearings
Hon. Mitchell L. Herren, Presiding

Case Information:
    20-05073 Loyle et al v. United States Department of Education et al  Leadcase: 19-10065 Paris Edward Thomas Loyle and Katherine Christine Loyle
Judge: MLH   Filed: 05/12/2020   Pln Confirmed:

Appearances:
    January M Bailey   representing   Paris Edward Thomas Loyle  (Plaintiff)
    January M Bailey   representing   Katherine Christine Loyle  (Plaintiff)
    Brian D Sheern   representing   United States Department of Education  (Defendant)
    David Alan Gellis   representing   Navient Solutions LLC  (Defendant)
    Christopher C Miles representing FirstMark Services (Defendant)
    Educational Computer Systems, Inc  (Defendant)
    R3 Education Inc (Defendant)
    FCDB NPSL III Trust 2014-1 (Defendant)

Issue(s):
    [113] Motion to Set Aside Default and Default Judgment Filed by Defendant FirstMark Services.

Notes/Decision:
    Order Setting Aside Default was filed prior to hearing

2

Courtroom Deputy: Marnie Bourbonnais
ECRO: Debbie Holloway