IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>PARIS EDWARD THOMAS LOYLE<br>KATHERINE CHRISTINE LOYLE,<br><br>Debtors. | Case No.   19-10065<br>Chapter   7 |
| PARIS EDWARD THOMAS LOYLE AND<br>KATHERINE CHRISTINE LOYLE,<br>Plaintiffs<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF<br>EDUCATION, NAVIENT SOLUTIONS LLC,<br>EDUCATIONAL CREDIT MANAGEMENT<br>CORPORATION, FEDLOAN SERVICING,<br>EDUCATIONAL COMPUTER SYSTEMS, INC, R3<br>EDUCATION INC, FIRSTMARK SERVICES,<br>CITIZENS ONE, TAB BANK, LIBERTY BANK nka<br>THE MIDDLEFIELD BANKING COMPANY,<br>FCDB NPSL III TRUST 2014-1, AND CORONADO<br>STUDENT LOAN TRUST<br>Defendants. | Adv. Proc. No. 20-5073 |

## STIPULATION OF FACTS

COMES NOW, the Plaintiffs, Paris and Katherine Loyle, together with the Defendants, Navient Solutions LLC ("Navient") and the United States Department of Education ("DOE"), by and through their counsels, to submit the following Stipulation of Facts.

*Stipulations as to Navient:*

1. Paris Loyle is obligated to Navient for one EXCEL grad loan.

2. The balance owed on the combined loan is $55,706.99 as of May 2020.

3. The disbursements on the loan were $19,200.30 on August 30, 2006, and $19,199.25 on December 28, 2006.

4. The interest rate on the loan is variable. The loan started at 5.750% annually and has ranged from 1% to 8%.

5. The loan term was 25 years, and the maturity date for the loan is January 10, 2039.

6. Paris Loyle has paid $21,427.43 in payments on the loan, $13,249.81 being applied to interest and $7,852.62 being applied to principal. The remaining portion was paid to fees.

7. Plaintiffs identified monthly household expenses of $8,213.07 on Schedule J, filed in the underlying bankruptcy case.

8. In response to Navient's Interrogatories, Plaintiffs reported monthly household expenses totaling $5,660.00 per month (not including daycare of $1,000 per month, which the Plaintiffs no longer have).

9. Pursuant to the Plaintiffs' Schedule J filed in the underlying bankruptcy case, Mr. Loyle's payment on his Navient student loan is approximately $332.75 each month. This monthly payment will not pay the loan off by the maturity date.

10. Plaintiffs received the following federal tax refunds:

    2020 – refund of $7,818

    2019 – refund of $7,200

    2018 – refund of $1,763

    2017 – refund of $5,093

    2016 – refund of $7,916

    2015 – fund of $2,371.

11. On April 15, 2020, Paris Loyle received a stimulus payment from the IRS in the amount of $4,900.00, which was deposited to his Andover State Bank account ending in x1243.

12. On January 4, 2021, Paris Loyle received a stimulus payment from the IRS in the amount of $4,200.00, which was deposited into his Andover State Bank account ending in x1243.

13. The Plaintiff's loan debt owed to Navient was incurred during his attendance at Kasturba Medical College.

Submitted and Approved by:

PRELLE ERON & BAILEY, P.A.
Attorney for Plaintiffs

   s/ *January M. Bailey*
January M. Bailey, #23926
301 N. Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

US ATTORNEY
Attorney for DOE

   s/ *Brian D. Sheern*
Brian D. Sheern, #21479
Assistant US Attorney
301 N Main, Ste 1200
Wichita, KS 67202
T: (316) 269-6481
F: (316) 269-6484
brian.sheern@usdoj.gov

MANZ, SWANSON, HALL, FOGARTY & GELLIS, P.C.
Attorney for Navient Solutions, LLC

   s/ *David A. Gellis*
David A. Gellis, #78310
1100 Main Street, Ste 1930
Kansas City, MO 64105
T: (816) 472-5310
F: (816) 472-5320
dgellis@mslawkc.com