U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
5/18/2021
Hon. Mitchell L. Herren, Presiding

01:30 PM                  EVIDENTIARY HEARING

Case Information:
    20-05073 Loyle et al v. United States Department of Education et al  Leadcase: 19-10065 Paris Edward Thomas Loyle and Katherine Christine Loyle
Judge: MLH   Filed: 05/12/2020      Pln Confirmed:

Appearances:
| | |
|---|---|
| X | January M Bailey representing Paris Edward Thomas Loyle (Plaintiff) |
| X | January M Bailey representing Katherine Christine Loyle (Plaintiff) |
| X | Brian D Sheern representing United States Department of Education (Defendant) |
| X | David Alan Gellis representing Navient Solutions LLC (Defendant) |

Issue(s):
#1     Complaint by January M Bailey on behalf of Paris Edward Thomas Loyle, Katherine Christine Loyle against United States Department of Education, Navient Solutions LLC, Educational Credit Management Corporation, FedLoan Servicing, Educational Computer Systems, Inc, R3 Education Inc, FirstMark Services, Citizens One, TAB Bank, American Education Services. Receipt Number waived, Fee Amount $350 Nature(s) of Suit: (63 (Dischargeability - 523(a)(8), student loan)) (Attachments: # 1 Supplement Adversary Proceeding Cover Sheet)
**     Answer filed by US Department of Education (#56, 6/4/20)
**     Answer filed by Navient Solutions LLC (#57, 6/9/20)
**     Final Pre-Trial Order (#109, 3/30/21)

Notes/Decision:   Debtors, Paris Edward Thomas Loyle and Katherine Christine Loyle appear.

Jointly submitted Exhibits #1 – 56 (see attached list) are offered and admitted by stipulation by all the parties. Exhibit 57 and Exhibit 58 will be entered into evidence. Counsel have limited objections as to the mathematical calculations as they have not had time to verify the information. If Counsel find any errors with the calculations, they should contact the Court by the end of the week.

Extensive stipulations submitted as to terms of the loans , when they were taken out and the payment history of the loans. The Court has reviewed Stipulations [125] [126] and [127] filed 5/17/2021.

Witnesses Sworn:     Paris Edward Thomas Loyle and Katherine Christine Loyle

Ruling: Matter taken under advisement.

Courtroom Deputy: Annette Albright
ECRO: Debbie Holloway

# EXHIBIT SHEET

CASE NAME: Loyle v. US Dep't of Ed, *et al.*

CASE NO: 19-10065

ADVERSARY CASE NO: 20-5073

EXHIBITS SUBMITTED BY: January Bailey, Brian Sheern, David Gellis

Attorney For: All parties (jointly submitted)

TRIAL DATE: 18 May 2021 @ 1:30 PM

| NO. | # of PAGES (page range) | DESCRIPTION | ID | OFF | ADM | DISPOSITION |
|---|---|---|---|---|---|---|
| 1 | 31 (1-31) | Paystubs – Paris Loyle (Air Capital) 1/3/2020 to 2/26/2021 | X | X | X | by stipulation |
| 2 | 14 (32-45) | Paystubs – Katherine Loyle (USD 385) 1/15/2020 to 2/12/2021 | X | X | X | " " |
| 3 | 6 (46-51) | 2015 federal tax returns | | X | X | " " |
| 4 | 10 (52-61) | 2016 federal tax returns | | X | X | " " |
| 5 | 9 (62-70) | 2017 federal tax returns | | X | X | " " |
| 6 | 9 (71-79) | 2018 federal tax returns | | X | X | " " |
| 7 | 9 (80-88) | 2019 federal tax returns | | X | X | " " |
| 8 | 8 (89-96) | 2020 federal tax returns | X | X | X | " " |
| 9 | 162 (97-258) | Andover State Bank statements 1/1/2018 to 2/09/2021 | X | X | X | " " |
| 10 | 130 (259-388) | Westerra Credit Union statements 12/23/2017 to 2/28/2021 | X | X | X | " " |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | 7 (389-395) | Andover State Bank, childrens' accounts, 1/1/2018 to 3/8/2021 | X | X | X | by stipulation |
| 12 | 1 (396) | KPERS statement, 12/31/2020 | | X | X | " " |
| 13 | 4 (397-400) | Navient's Unsworn Affidavit of Petra Shipman (business records) | | X | X | " " |
| 14 | 9 (401-409) | Navient's Application, Promissory Note, and Certification | | X | X | " " |
| 15 | 1 (410) | Navient's Account Summary Electronic Record | | X | X | " " |
| 16 | 6 (411-416) | Navient's Payment History | | X | X | " " |
| 17 | 9 (417-425) | Paris DOE Promissory Note | | X | X | " " |
| 18 | 6 (426-431) | Paris NSLDS Loan History | X | X | X | " " |
| 19 | 6 (432-437) | Paris NSLDS Loan Detail 1 & Loan Detail 2 | | X | X | " " |
| 20 | 12 (438-449) | Paris NSLDS Outstanding Amount Balance History | | X | X | " " |
| 21 | 3 (450-452) | Paris DOE Consolidation Loan Origination History Record | | X | X | " " |
| 22 | 5 (453-457) | Paris DOE IBR Application October 15, 2012 | | X | X | " " |
| 23 | 6 (458-463) | Paris DOE ACS Servicing History | | X | X | " " |
| 24 | 165 (464-628) | Paris DOE Navient Servicing History | | X | X | " " |
| 25 | 4 (629-632) | Paris DOE IBR Application November 18, 2013 | | X | X | " " |
| 26 | 5 (633-637) | Paris DOE Forbearance Request December 2013 | | X | X | " " |
| 27 | 1 (638) | Paris DOE COD IDR August 2016 | | X | X | " " |

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | 2 (639-640) | Paris DOE IBR approval Letter 11-30-2016 | | X | X | by stipulation |
| 29 | 3 (641-643) | Paris DOE IDR recertification 10-24-2017 | | X | X | " " |
| 30 | 2 (644-645) | Paris DOE IBR Approval Letter 11-27-2017 | | X | X | " " |
| 31 | 3 (646-648) | Paris DOE IDR recertification 09-24-2018 | | X | X | " " |
| 32 | 3 (649-651) | Paris DOE IDR recertification 12-06-2018 | | X | X | " " |
| 33 | 2 (652-653) | Paris DOE IBR Approval Letter 12-14-2018 | | X | X | " " |
| 34 | 8 (654-661) | Paris DOE Forbearance Request 08-23-2019 | | X | X | " " |
| 35 | 6 (662-667) | Paris DOE Forbearance Request 12-19-2019 | | X | X | " " |
| 36 | 25 (668-692) | Paris DOE Combined Payment History | | X | X | " " |
| 37 | 1 (693) | Paris DOE Certificate of Indebtedness | X | X | X | " " |
| 38 | 9 (694-702) | Katherine DOE Promissory Note | | X | X | " " |
| 39 | 6 (703-708) | Katherine NSLDS Loan History | X | X | X | " " |
| 40 | 6 (709-714) | Katherine DOE NSLDS Loan Detail 1 & Loan Detail 2 | | X | X | " " |
| 41 | 11 (715-725) | Katherine DOE NSLDS Outstanding Amount Balance History | | X | X | " " |
| 42 | 3 (726-728) | Katherine DOE Consolidation Loan Origination History Record | | X | X | " " |
| 43 | 7 (729-735) | Katherine DOE ACS Servicing History | | X | X | " " |
| 44 | 21 (736-756) | Katherine DOE FedLoan Servicing History | | X | X | " " |

| # | Pages | Description | Col A | Col B | Col C | Notes |
|---|---|---|---|---|---|---|
| 45 | 1 (757) | Katherine DOE COD IDR October 2014 | | X | X | by stipulation |
| 46 | 1 (758) | Katherine DOE COD IDR January 2016 | | X | X | " " |
| 47 | 7 (759-765) | Katherine DOE IDR APP January 2017 | | X | X | " " |
| 48 | 5 (766-770) | Katherine DOE IDR APP April 2017 | | X | X | " " |
| 49 | 1 (771) | Katherine DOE COD IDR April 2018 | | X | X | " " |
| 50 | 1 (772) | Katherine DOE COD IDR February 2019 | | X | X | " " |
| 51 | 1 (773) | Katherine DOE COD IDR March 2020 | | X | X | " " |
| 52 | 9 (774-782) | Katherine DOE Combined Payment History | | X | X | " " |
| 53 | 1 (783) | Katherine DOE Certificate of Indebtedness | X | X | X | " " |
| 54 | 6 (784-789) | Katherine DOE PSLF Employment Certification Form | | X | X | " " |
| 55 | 4 (790-793) | Katherine DOE ECF Denial Letter | | X | X | " " |
| 56 | 1 (794) | Summary Exhibit – Loyle Income | X | X | X | " " |
| 57 | | **Summary Exhibit - Loyle Loan Disbursements (DOE)** | X | X | X | " " |
| 58 | | **Summary Exhibit - Loyle Loans** | X | X | X | " " |