| AO 435KS (Rev. 04/18) | Administrative Office of the United States Courts | | FOR COURT USE ONLY |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | DUE DATE: |

Read Instructions on Next Page

| 1. Name<br>Judge Mitchell L. Herren | 2. Phone Number<br>316-315-4153 | 3. Date<br>07/13/2021 | |
|---|---|---|---|
| 4. Delivery Address or Email<br>401 N. Market | 5. City<br>Wichita | 6. State<br>KS | 7. ZIP Code<br>67203 |
| 8. Case Number<br>20-5073 | 9. Judge<br>Mitchell L. Herren | Dates of Proceedings | |
| | | 10. From 05/18/2021 | 11. To 05/18/2021 |
| 12. Case Name<br>Paris Edward Thomas Loyle and Katherine Christine Loyle | | Location of Proceedings | |
| | | 13. City Wichita | 14. State Kansas |

15. Order for
- ☐ Appeal
- ☐ Non-appeal
- ☐ Criminal
- ☐ Civil
- ☐ Criminal Justice Act
- ☐ In Forma Pauperis
- ☒ Bankruptcy
- ☐ Other (Specify)

16. Transcript Requested (Specify Portion(s) and Date(s) of Proceeding(s) for Which Transcript Is Requested)

| Portions | Date(s) | Portion(s) | Date(s) |
|---|---|---|---|
| ☐ Opening Statement (Plaintiff) | | ☐ Testimony (Specify Witness) | |
| ☐ Opening Statement (Defendant) | | | |
| ☐ Closing Argument (Plaintiff) | | ☐ Pre-trial Proceeding (Specify) | |
| ☐ Closing Argument (Defendant) | | | |
| ☐ Opinion of Court | | ☒ Other (Specify) ALL | |

17. Order

| Category | Original (Includes Certified Copy to Clerk For Records of the Court) | First Copy | Number of Additional Copies | No. of Pages Estimate | Price Per Page | Costs |
|---|---|---|---|---|---|---|
| Ordinary | ☒ | ☐ | | | | |
| 14-Day | ☐ | ☐ | | | | |
| Expedited | ☐ | ☐ | | | | |
| 3-Day | ☐ | ☐ | | | | |
| Daily | ☐ | ☐ | | | | |
| Hourly | ☐ | ☐ | | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. Signature: *Annette M Wright*  Date: 7-14-2021

Estimate Total:

Processed by:

19. Contact Email Address
NA - Request by the Court

Phone Number:

Transcript to Be Prepared by:

Court Address
167 U.S. Courthouse
401 N Market
Wichita KS 67202
(316) 315-4110

| | Date | By | | |
|---|---|---|---|---|
| Order Received | | | | |
| Deposit Paid | | | Deposit Paid | |
| Transcript Ordered | | | Total Charges | |
| Transcript Received | | | Less Deposit | |
| Ordering Party Notified To Pick up Transcript | | | Total Refunded | |
| Party Received Transcript | | | Total Due | |

Case 20-05073   Doc# 129   Filed 07/14/21   Page 1 of 1