**Form ntrnstap**  (Revised 02/25/2009)

United States Bankruptcy Court
**District of Kansas**
167 US Courthouse
401 North Market
Wichita, KS 67202

| | |
|---|---|
| In Re: Paris Edward Thomas Loyle and Katherine Christine Loyle<br>Debtor | Case No.: 19−10065<br>Chapter 7 |
| Loyle et al v. United States Department of Education et al | Adv. Proc. No. 20−05073 |

| Entered By The Court<br>9/1/21 | **NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION** | **Filed By The Court**<br>**9/1/21**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |
|---|---|---|

A transcript of a recently held proceeding was filed on 9/1/21. The following deadlines apply:

The parties have seven(7) calendar days from the date of filing of the transcript to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* is 21 days from the date of filing of the transcript.

If a *Request for Redaction* is filed, the redacted transcript is due 31 days from the date of filing of the transcript.

If no such *Notice* is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 90 calendar days from the date of filing of the transcript unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

| | |
|---|---|
| Document 130 − 129 | s/ David D. Zimmerman<br>Clerk, United States Bankruptcy |