**Form ntrnstap**  (Revised 02/25/2009)

**United States Bankruptcy Court**
**District of Kansas**
167 US Courthouse
401 North Market
Wichita, KS 67202

In Re:  Paris Edward Thomas Loyle and Katherine Christine          Case No.: 19–10065
Loyle                                                              Chapter 7
Debtor


Loyle et al v. United States Department of Education et al          Adv. Proc. No. 20–05073


| | | |
|---|---|---|
| **Entered By The Court**<br>**9/1/21** | **NOTICE OF FILING OF TRANSCRIPT**<br>**AND OF DEADLINES RELATED TO RESTRICTION AND**<br>**REDACTION** | **Filed By The Court**<br>**9/1/21**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

A transcript of a recently held proceeding was filed on 9/1/21. The following deadlines apply:


The parties have seven(7) calendar days from the date of filing of the transcript to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* is 21 days from the date of filing of the transcript.

If a *Request for Redaction* is filed, the redacted transcript is due 31 days from the date of filing of the transcript.

If no such *Notice* is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 90 calendar days from the date of filing of the transcript unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.


Document 130 – 129                                    s/ David D. Zimmerman
                                                      Clerk, United States Bankruptcy

Loyle,

    Plaintiff                                                           Adv. Proc. No. 20-05073-MLH

United States Department of Education,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 1083-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 01, 2021 | Form ID: ntrnstap | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2021:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion20.wi.ecf@usdoj.gov | Sep 01 2021 21:42:00 | U.S. Trustee, Office of the United States Trustee, 301 North Main Suite 1150, Wichita, KS 67202-4811 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2021                 Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian D Sheern | on behalf of Defendant United States Department of Education brian.sheern@usdoj.gov michelle.lies@usdoj.gov;phyllis.creed@usdoj.gov;CaseView.ECF@usdoj.gov |
| Christopher C Miles | on behalf of Defendant FirstMark Services christopher.miles@huschblackwell.com |
| David Alan Gellis | on behalf of Defendant Navient Solutions LLC dgellis@mslawkc.com ccariani@mslawkc.com |
| January M Bailey | on behalf of Defendant FirstMark Services january@eronlaw.net prelleeronbailey@gmail.com |

January M Bailey

on behalf of Plaintiff Katherine Christine Loyle january@eronlaw.net  prelleeronbailey@gmail.com

January M Bailey

on behalf of Plaintiff Paris Edward Thomas Loyle january@eronlaw.net  prelleeronbailey@gmail.com

TOTAL: 6