SO ORDERED.

SIGNED this 24th day of February, 2022.



Mitchell L. Herren
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>PARIS EDWARD THOMAS LOYLE<br>KATHERINE CHRISTINE LOYLE<br><br>      Debtors. | Case No. 19-10065<br>Chapter 7 |
| PARIS EDWARD THOMAS LOYLE<br>KATHERINE CHRISTINE LOYLE<br><br>      Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, NAVIENT SOLUTIONS LLC, EDUCATIONAL CREDIT MANAGEMENT CORPORATION, FEDLOAN SERVICING, EDUCATIONAL COMPUTER SYSTEMS, INC., R3 EDUCATION INC, FIRSTMARK SERVICES, CITIZENS ONE, TAB BANK, | Adv. No. 20-5073 |

1

| AMERICAN EDUCATION SERVICES, CORONADO STUDENT LOAN TRUST, FCDB NPSL III TRUST2014-1, and LIBERTY BANK n/k/a THE MIDDLEFILED BANKING COMPANY. |
|---|
| **Defendants.** |

## JUDGMENT

Following trial in this adversary proceeding under 11 U.S.C. § 523(a)(8) in which plaintiffs seek to discharge their student loan debt of $435,320 as an undue hardship, the Court grants the plaintiffs' claim in part and denies it in part. All principal and interest (accrued, capitalized, or accruing in the future) is discharged except for the amount of $225,000. The $225,000 nondischargeable debt shall not bear interest. The nondischargeable debt is apportioned among the student loan creditors Navient, Department of Education (Dr. Paris Loyle), and Department of Education (Katherine Loyle) as set forth herein.

Judgment is entered granting Navient a nondischargeable loan balance in the amount of $28,777 with respect to Paris Edward Thomas Loyle's loan; the judgment shall not accrue interest.

Judgment is entered granting the U.S. Department of Education a nondischargeable loan balance in the amount of $117,180 with respect to

2

Paris Edward Thomas Loyle's consolidation loan; the judgment shall not accrue interest.

Judgment is entered granting the U.S. Department of Education a nondischargeable loan balance in the amount of $79,043 with respect to Katherine Christine Loyle's consolidation loan; the judgment shall not accrue interest.

###