IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re:<br>**PARIS EDWARD THOMAS LOYLE**<br>**KATHERINE CHRISTINE LOYLE**<br>　　　　　Debtor(s) | Case No. 19-10065-7 |
| **PARIS EDWARD THOMAS LOYLE and**<br>**KATHERINE CHRISTINE LOYLE**<br>　　　　　Plaintiff(s)<br>　　-vs-<br>**UNITED STATES DEPARTMENT OF EDUCATION, NAVIENT SOLUTIONS LLC, EDUCATIONAL CREDIT MANAGEMENT CORPORATION, FEDLOAN SERVICING, EDUCATIONAL COMPUTER SYSTEMS, INC., R3 EDUCATION INC, FIRSTMARK SERVICES, CITIZENS ONE, TAB BANK, AMERICAN EDUCATION SERVICES, CORONADO STUDENT LOAN TRUST, FCDB NPSL III TRUST 2014-1, and LIBERTY BANK n/k/a THE MIDDLEFIELD BANKING COMPANY**<br>　　　　　Defendant(s) | Adv. No. 20-5073 |

## JUDGMENT

On February 24, 2022, the Honorable Mitchell L. Herren, United States Bankruptcy Judge for the District of Kansas, filed a JUDGMENT which was entered on the docket on February 24, 2022.

IT IS THEREFORE ORDERED BY THE COURT that judgment is entered granting Navient a nondischargeable loan balance of $28,777 with respect to Paris Edward Thomas Loyle's loan; the judgment shall not accrue interest. Judgment is entered granting the U.S. Department of Education a nondischargeable loan balance of $117,180 with respect to Paris Edward Thomas Loyle's loan; the judgment shall

not accrue interest. Judgment is entered granting the U.S. Department of Education a nondischargeable loan balance of $79,043 with respect to Katherine Christine Loyle's consolidation loan; the judgment shall not accrue interest.

**DATED:   February 24, 2022**              **DAVID D. ZIMMERMAN, CLERK**
                                            **UNITED STATES BANKRUPTCY COURT**

                                            **s/ Annette M. Albright**
                                            **Deputy Clerk**