**SO ORDERED.**

**SIGNED this 24th day of February, 2022.**



Mitchell L. Herren
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>**PARIS EDWARD THOMAS LOYLE**<br>**KATHERINE CHRISTINE LOYLE**<br><br>                **Debtors.** | Case No. 19-10065<br>Chapter 7 |
| **PARIS EDWARD THOMAS LOYLE**<br>**KATHERINE CHRISTINE LOYLE**<br><br>                **Plaintiffs,**<br><br>vs.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION, NAVIENT SOLUTIONS LLC, EDUCATIONAL CREDIT MANAGEMENT CORPORATION, FEDLOAN SERVICING, EDUCATIONAL COMPUTER SYSTEMS, INC., R3 EDUCATION INC, FIRSTMARK SERVICES, CITIZENS ONE, TAB BANK,** | Adv. No. 20-5073 |

1

| AMERICAN EDUCATION SERVICES, CORONADO STUDENT LOAN TRUST, FCDB NPSL III TRUST2014-1, and LIBERTY BANK n/k/a THE MIDDLEFILED BANKING COMPANY. |
|---|
| **Defendants.** |

## JUDGMENT

Following trial in this adversary proceeding under 11 U.S.C. § 523(a)(8) in which plaintiffs seek to discharge their student loan debt of $435,320 as an undue hardship, the Court grants the plaintiffs' claim in part and denies it in part. All principal and interest (accrued, capitalized, or accruing in the future) is discharged except for the amount of $225,000. The $225,000 nondischargeable debt shall not bear interest. The nondischargeable debt is apportioned among the student loan creditors Navient, Department of Education (Dr. Paris Loyle), and Department of Education (Katherine Loyle) as set forth herein.

Judgment is entered granting Navient a nondischargeable loan balance in the amount of $28,777 with respect to Paris Edward Thomas Loyle's loan; the judgment shall not accrue interest.

Judgment is entered granting the U.S. Department of Education a nondischargeable loan balance in the amount of $117,180 with respect to

Paris Edward Thomas Loyle's consolidation loan; the judgment shall not accrue interest.

Judgment is entered granting the U.S. Department of Education a nondischargeable loan balance in the amount of $79,043 with respect to Katherine Christine Loyle's consolidation loan; the judgment shall not accrue interest.

# # #

3

United States Bankruptcy Court
District of Kansas

Loyle,
    Plaintiff

Adv. Proc. No. 20-05073-MLH

United States Department of Education,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 1083-6     User: admin     Page 1 of 2
Date Rcvd: Feb 25, 2022     Form ID: pdf020ap     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Katherine Christine Loyle, 15213 E Stratford St, Wichita, KS 67230-6640 |
| pla | + | Paris Edward Thomas Loyle, 15213 E Stratford St, Wichita, KS 67230-6640 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion20.wi.ecf@usdoj.gov | Feb 25 2022 20:14:00 | U.S. Trustee, Office of the United States Trustee, 301 North Main Suite 1150, Wichita, KS 67202-4811 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2022     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian D Sheern | on behalf of Defendant United States Department of Education brian.sheern@usdoj.gov michelle.lies@usdoj.gov;phyllis.creed@usdoj.gov;jeanette.may@usdoj.gov;CaseView.ECF@usdoj.gov |
| Christopher C Miles | on behalf of Defendant FirstMark Services christopher.miles@huschblackwell.com |

David Alan Gellis
    on behalf of Defendant Navient Solutions LLC dgellis@mslawkc.com ccariani@mslawkc.com

January M Bailey
    on behalf of Defendant FirstMark Services january@eronlaw.net prelleeronbailey@gmail.com

January M Bailey
    on behalf of Plaintiff Katherine Christine Loyle january@eronlaw.net prelleeronbailey@gmail.com

January M Bailey
    on behalf of Plaintiff Paris Edward Thomas Loyle january@eronlaw.net prelleeronbailey@gmail.com

TOTAL: 6