IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:
PARIS EDWARD THOMAS LOYLE
KATHERINE CHRISTINE LOYLE   Case No. 19-10065-7
        Debtor(s)
_____

PARIS EDWARD THOMAS LOYLE and
KATHERINE CHRISTINE LOYLE   Adv. No. 20-5073
        Plaintiff(s)
    -vs-

UNITED STATES DEPARTMENT OF
EDUCATION, NAVIENT SOLUTIONS LLC,
EDUCATIONAL CREDIT MANAGEMENT
CORPORATION, FEDLOAN SERVICING,
EDUCATIONAL COMPUTER SYSTEMS,
INC., R3 EDUCATION INC, FIRSTMARK
SERVICES, CITIZENS ONE, TAB BANK,
AMERICAN EDUCATION SERVICES,
CORONADO STUDENT LOAN TRUST,
FCDB NPSL III TRUST 2014-1, and
LIBERTY BANK n/k/a THE MIDDLEFIELD
BANKING COMPANY
        Defendant(s)
_____

## JUDGMENT

On February 24, 2022, the Honorable Mitchell L. Herren, United States Bankruptcy Judge for the District of Kansas, filed a JUDGMENT which was entered on the docket on February 24, 2022.

IT IS THEREFORE ORDERED BY THE COURT that judgment is entered granting Navient a nondischargeable loan balance of $28,777 with respect to Paris Edward Thomas Loyle's loan; the judgment shall not accrue interest. Judgment is entered granting the U.S. Department of Education a nondischargeable loan balance of $117,180 with respect to Paris Edward Thomas Loyle's loan; the judgment shall

not accrue interest. Judgment is entered granting the U.S. Department of Education a nondischargeable loan balance of $79,043 with respect to Katherine Christine Loyle's consolidation loan; the judgment shall not accrue interest.

**DATED: February 24, 2022**  **DAVID D. ZIMMERMAN, CLERK**
**UNITED STATES BANKRUPTCY COURT**

<u>**s/ Annette M. Albright**</u>
**Deputy Clerk**

United States Bankruptcy Court
District of Kansas

Loyle,
    Plaintiff

United States Department of Education,
    Defendant

Adv. Proc. No. 20-05073-MLH

# CERTIFICATE OF NOTICE

District/off: 1083-6     User: admin     Page 1 of 2
Date Rcvd: Feb 25, 2022     Form ID: pdf020ap     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Katherine Christine Loyle, 15213 E Stratford St, Wichita, KS 67230-6640 |
| pla | + | Paris Edward Thomas Loyle, 15213 E Stratford St, Wichita, KS 67230-6640 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian D Sheern | on behalf of Defendant United States Department of Education brian.sheern@usdoj.gov michelle.lies@usdoj.gov;phyllis.creed@usdoj.gov;jeanette.may@usdoj.gov;CaseView.ECF@usdoj.gov |
| Christopher C Miles | on behalf of Defendant FirstMark Services christopher.miles@huschblackwell.com |
| David Alan Gellis | on behalf of Defendant Navient Solutions LLC dgellis@mslawkc.com ccariani@mslawkc.com |
| January M Bailey | on behalf of Defendant FirstMark Services january@eronlaw.net prelleeronbailey@gmail.com |
| January M Bailey | |

January M Bailey
   on behalf of Plaintiff Katherine Christine Loyle january@eronlaw.net prelleeronbailey@gmail.com

   on behalf of Plaintiff Paris Edward Thomas Loyle january@eronlaw.net prelleeronbailey@gmail.com

TOTAL: 6