Form ksowexAP  (Revised 12/04/2009)

**United States Bankruptcy Court – District of Kansas**
167 US Courthouse
401 North Market
Wichita, KS 67202

In Re: Paris Edward Thomas Loyle and Katherine Christine Loyle
Debtor

Case No.: 19–10065
Chapter 7

Loyle et al v. United States Department of Education et al

Adv. Proc. No. 20–05073

| Entered By The Court 10/21/22 | **ORDER FOR DISPOSAL OF EXHIBITS** | **Filed By The Court** 10/21/22 David D. Zimmerman Clerk of Court US Bankruptcy Court |

Pursuant to D. Kan. Bk. Rule 5003.2 of the Rules of Practice for the United States Bankruptcy Court for the District of Kansas, it is

ORDERED that exhibits introduced into evidence shall be withdrawn from the Office of the Clerk of the U. S. Bankruptcy Court by the respective parties not later than fourteen (14) days from the date of this Order, a copy of which shall be mailed forthwith to counsel of record by the Clerk. Upon withdrawal, each party shall endorse a written receipt for such exhibits.

IT IS FURTHER ORDERED that any exhibits not withdrawn in the time designated by this order may be destroyed or otherwise disposed by the Clerk of the U. S. Bankruptcy Court.

Document 139

s/ Mitchell L. Herren
United States Bankruptcy Judge