# Notice Recipients

District/Off: 1083–6   User: admin   Date Created: 10/21/2022
Case: 20–05073   Form ID: ksowexAP   Total: 1

**Recipients of Notice of Electronic Filing:**
aty   January M Bailey   january@eronlaw.net

TOTAL: 1