11/8/22 Documents Destroyed

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

**In Re:**

**PARIS EDWARD THOMAS LOYLE**
**KATHERINE CHRISTINE LOYLE,**
          **Debtors.**        Case No. 19-10065-7

---

**PARIS EDWARD THOMAS LOYLE AND**
**KATHERINE CHRISTINE LOYLE**
          **Plaintiffs, ,**

-vs-        Adv. No. 20-5073

**U.S. DEPT OF EDUCATION, et al.,**
          **Defendants.**

---

### ACKNOWLEDGMENT OF WITHDRAWAL OF EXHIBITS

**PURSUANT** to D. Kan. Bk. Rule 9072.1(c) of the Rules of Practice for the United States Bankruptcy Court for the District of Kansas, receipt is hereby acknowledged of the withdrawal of the following from the Clerk of the following described exhibits.

**Joint Exhibits No.**      **1 - 58**

introduced into evidence at the May 18, 2021 Evidentiary Hearing.

**DATED:**

_____
**January Bailey**
**Attorney for Plaintiff**

# EXHIBIT SHEET

| | | |
|---|---|---|
| CASE NAME: | Loyle v. US Dep't of Ed, *et al.* | |
| CASE NO: | 19-10065 | |
| ADVERSARY CASE NO: | 20-5073 | |
| EXHIBITS SUBMITTED BY: | January Bailey, Brian Sheern, David Gellis | |
| | Attorney For: | All parties (jointly submitted) |
| TRIAL DATE: | 18 May 2021 @ 1:30 PM | |

| NO. | # of PAGES (page range) | DESCRIPTION | ID | OFF | ADM | DISPOSITION |
|---|---|---|---|---|---|---|
| 1 | 31 (1-31) | Paystubs – Paris Loyle (Air Capital) 1/3/2020 to 2/26/2021 | X | X | X | by stipulation |
| 2 | 14 (32-45) | Paystubs – Katherine Loyle (USD 385) 1/15/2020 to 2/12/2021 | X | X | X | " " |
| 3 | 6 (46-51) | 2015 federal tax returns | | X | X | " " |
| 4 | 10 (52-61) | 2016 federal tax returns | | X | X | " " |
| 5 | 9 (62-70) | 2017 federal tax returns | | X | X | " " |
| 6 | 9 (71-79) | 2018 federal tax returns | | X | X | " " |
| 7 | 9 (80-88) | 2019 federal tax returns | | X | X | " " |
| 8 | 8 (89-96) | 2020 federal tax returns | X | X | X | " " |
| 9 | 162 (97-258) | Andover State Bank statements 1/1/2018 to 2/09/2021 | X | X | X | " " |
| 10 | 130 (259-388) | Westerra Credit Union statements 12/23/2017 to 2/28/2021 | X | X | X | " " |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | 7 (389-395) | Andover State Bank, childrens' accounts, 1/1/2018 to 3/8/2021 | X | X | X | by stipulation |
| 12 | 1 (396) | KPERS statement, 12/31/2020 | | X | X | " " |
| 13 | 4 (397-400) | Navient's Unsworn Affidavit of Petra Shipman (business records) | | X | X | " " |
| 14 | 9 (401-409) | Navient's Application, Promissory Note, and Certification | | X | X | " " |
| 15 | 1 (410) | Navient's Account Summary Electronic Record | | X | X | " " |
| 16 | 6 (411-416) | Navient's Payment History | | X | X | " " |
| 17 | 9 (417-425) | Paris DOE Promissory Note | | X | X | " " |
| 18 | 6 (426-431) | Paris NSLDS Loan History | X | X | X | " " |
| 19 | 6 (432-437) | Paris NSLDS Loan Detail 1 & Loan Detail 2 | | X | X | " " |
| 20 | 12 (438-449) | Paris NSLDS Outstanding Amount Balance History | | X | X | " " |
| 21 | 3 (450-452) | Paris DOE Consolidation Loan Origination History Record | | X | X | " " |
| 22 | 5 (453-457) | Paris DOE IBR Application October 15, 2012 | | X | X | " " |
| 23 | 6 (458-463) | Paris DOE ACS Servicing History | | X | X | " " |
| 24 | 165 (464-628) | Paris DOE Navient Servicing History | | X | X | " " |
| 25 | 4 (629-632) | Paris DOE IBR Application November 18, 2013 | | X | X | " " |
| 26 | 5 (633-637) | Paris DOE Forbearance Request December 2013 | | X | X | " " |
| 27 | 1 (638) | Paris DOE COD IDR August 2016 | | X | X | " " |

| # | Pages | Description | | | | Notes |
|---|---|---|---|---|---|---|
| 28 | 2 (639-640) | Paris DOE IBR approval Letter 11-30-2016 | | X | X | by stipulation |
| 29 | 3 (641-643) | Paris DOE IDR recertification 10-24-2017 | | X | X | " " |
| 30 | 2 (644-645) | Paris DOE IBR Approval Letter 11-27-2017 | | X | X | " " |
| 31 | 3 (646-648) | Paris DOE IDR recertification 09-24-2018 | | X | X | " " |
| 32 | 3 (649-651) | Paris DOE IDR recertification 12-06-2018 | | X | X | " " |
| 33 | 2 (652-653) | Paris DOE IBR Approval Letter 12-14-2018 | | X | X | " " |
| 34 | 8 (654-661) | Paris DOE Forbearance Request 08-23-2019 | | X | X | " " |
| 35 | 6 (662-667) | Paris DOE Forbearance Request 12-19-2019 | | X | X | " " |
| 36 | 25 (668-692) | Paris DOE Combined Payment History | | X | X | " " |
| 37 | 1 (693) | Paris DOE Certificate of Indebtedness | X | X | X | " " |
| 38 | 9 (694-702) | Katherine DOE Promissory Note | | X | X | " " |
| 39 | 6 (703-708) | Katherine NSLDS Loan History | X | X | X | " " |
| 40 | 6 (709-714) | Katherine DOE NSLDS Loan Detail 1 & Loan Detail 2 | | X | X | " " |
| 41 | 11 (715-725) | Katherine DOE NSLDS Outstanding Amount Balance History | | X | X | " " |
| 42 | 3 (726-728) | Katherine DOE Consolidation Loan Origination History Record | | X | X | " " |
| 43 | 7 (729-735) | Katherine DOE ACS Servicing History | | X | X | " " |
| 44 | 21 (736-756) | Katherine DOE FedLoan Servicing History | | X | X | " " |

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | 1 (757) | Katherine DOE COD IDR October 2014 | | X | X | by stipulation |
| 46 | 1 (758) | Katherine DOE COD IDR January 2016 | | X | X | " " |
| 47 | 7 (759-765) | Katherine DOE IDR APP January 2017 | | X | X | " " |
| 48 | 5 (766-770) | Katherine DOE IDR APP April 2017 | | X | X | " " |
| 49 | 1 (771) | Katherine DOE COD IDR April 2018 | | X | X | " " |
| 50 | 1 (772) | Katherine DOE COD IDR February 2019 | | X | X | " " |
| 51 | 1 (773) | Katherine DOE COD IDR March 2020 | | X | X | " " |
| 52 | 9 (774-782) | Katherine DOE Combined Payment History | | X | X | " " |
| 53 | 1 (783) | Katherine DOE Certificate of Indebtedness | X | X | X | " " |
| 54 | 6 (784-789) | Katherine DOE PSLF Employment Certification Form | | X | X | " " |
| 55 | 4 (790-793) | Katherine DOE ECF Denial Letter | | X | X | " " |
| 56 | 1 (794) | Summary Exhibit – Loyle Income | X | X | X | " " |
| 57 | | Summary Exhibit - Loyle Loan Disbursements (DOE) | X | X | X | " " |
| 58 | | Summary Exhibit - Loyle Loans | X | X | X | " " |